# EXHIBIT A-1

**Plaintiffs' Deposition Designations**

Plaintiffs designate the following deposition testimony for witnesses it will call in its case in chief via deposition.  Defendant's objections and counter-designations are noted herein, as are Plaintiffs' responses to Defendant's objections/counter-designations.  In the event that Plaintiffs have designated a witnesses to testify live, and that witness is unable to appear live at trial for reasons beyond Plaintiffs' control, Plaintiffs reserves the right to use the below deposition designations for those witnesses instead.

**Vitaliana Conforti**
**Aspex v. Altair - 8/26/2004**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 8:23-9:21 | | | | | |
| 10:1-2 | | | | | |
| 10:23-11:12 | | | | | |
| 11:20-22 | | | | | |
| 12:3-11 | | | | | |
| 12:21-13:1 | | | | | |
| 13:5-16 | | | | | |
| 13:18-21 | | | | | |
| 14:7-8 | | | | | |
| 14:11-19 | | | | | |
| 14:22-15:17 | | | | | |
| 15:20-23 | | | | | |
| 16:1-17:21 | | | | | |
| 18:6-13 | | | | | |
| 19:4-19 | | | | | |
| 20:10-21:24 | | | | | |
| 22:3-13 | | | | | |
| 22:16-23:8 | | | | | |
| 23:11-13 | | | | | |
| 23:22-24:16 | | | | | |
| 32:14-16 | | | | | |
| 33:5-7 | | | | | |

- - 1 - -

US_ACTIVE-105859550.2 3/28/11 9:00 PM

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 33:12 | | | | | |
| 33:15-18 | | | | | |
| 33:21-34:3 | | | | | |
| 34:18-21 | | | | | |
| 37:1-17 | | | | | |
| 37:22-38:7 | | | | | |
| 38:12-39:6 | | | | | |
| 39:20-40:1 | | | | | |
| 43:8-44:10 | | | | | |
| 45:18-21 | | | | | |
| 45:24-47:3 | | | | | |
| 48:2-3 | | | | | |
| 49:14-50:10 | | | | | |
| 50:14-20 | | | | | |
| 50:24-51:7 | | | | | |
| 51:22-52:1 | FRE 402, 403 | | | | |
| 52:5-11 | FRE 402, 403 | | | | |
| 52:15-53:7 | FRE 402, 403 | | | | |
| 53:14-20 | FRE 402, 403 | | | | |
| 53:23-54:5 | FRE 402, 403 | | | | |
| 56:1-5 | FRE 402, 403 | | | | |
| 56:9-16 | FRE 402, 403 | | | | |
| 57:8-58:5 | FRE 402, 403 | | | | |
| 58:7-21 | 58:12-21; FRE 402, 403 | | | | |
| 59:2-12 | FRE 103(c), 602, 603 | | | | |
| 59:18-22 | FRE 402, 403 | 59:13-17 | | | |
| 60:2-61:4 | 60:17-61:4; FRE 402. 403, 602, 701, 704 | | | | |
| 61:16 | FRE 402. 403, 602, 701, 704 | | | | |
| 62:7-13 | | | | | |
| 62:25-63:10 | | | | | |
| 63:23-64:2 | | | | | |
| 64:4-16 | | | | | |
| 64:22-65:9 | | | | | |
| 65:18-66:20 | | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 67:1-2 | | | | | |
| 67:5-8 | | 67:9-10 | | | |
| 67:11-19 | FRE 402, 403 | 67:20-68:1 (contingent) [1] | | | |
| 68:2-3 | FRE 402, 403, 602 | | | | |
| 68:7 | FRE 402, 403, 602 | 68:8-13 (contingent) | | | |
| 68:14-19 | FRE 402, 403, 602 | 68:20-22 (contingent) | | | |
| 68:23-69:11 | FRE 402, 403, 602 | 69:12-16 (contingent) | 602 | | |
| 69:17-18 | FRE 402, 403, 602 | | | | |
| 76:11-14 | | | | | |
| 76:17-77:6 | | 77:7-19 | | | |
| 77:20-22 | | | | | |
| 79:3-13 | | | | | |
| 79:16-20 | FRE 602 | | | | |
| 79:22-80:2 | | | | | |
| 83:10-24 | | | | | |
| 85:3-10 | | | | | |
| 86:1-12 | | | | | |
| 87:10-24 | | | | | |
| 90:20-91:14 | | 91:15-20 | | | |
| 92:6-93:1 | | | | | |
| 95:11-96:7 | | | | | |
| 103:7 | FRE 602, 611 | | | | |
| 103:10-15 | FRE 602, 611 | | | | |
| 103:20-104:17 | FRE 402, 403 | | | | |
| 104:23-105:3 | FRE 602 | | | | |
| 105:15-106:1 | | | | | |
| 106:3-6 | | | | | |
| 106:11-13 | | | | | |
| 106:16-107:8 | | | | | |
| 109:13-22 | | | | | |

---

[1]     Counter-designations labeled as "contingent" are offered by Altair in the event the Court overrules Altair's objections to the referenced testimony.

NJ 227,135,365v1

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 109:25-110:16 | | | | | |
| 110:18-24 | | | | | |
| 111:3-10 | | | | | |
| 113:21-23 | | | | | |
| 114:16-115:5 | 115:2-5; FRE 103(c), 602, 603 | | | | |
| 127:18-128:2 | 127:24-128:2; FRE 402, 403 | | | | |
| 130:1-131:18 | | | | | |
| 137:9-11 | | | | | |

**Jose Pena (January 19, 2011)**
**Aspex v. Altair**

Mr. Peña is an employee (and officer) of Plaintiff Aspex.  He is available to testify live at trial. Altair accordingly objects to Plaintiffs' designations of any deposition testimony for Mr. Peña in its entirety.  Because Plaintiffs have refused to withdraw their improper designations of his deposition testimony, Altair submits the following objections and counterdesignations to the testimony Plaintiffs have cited, but reserves and will pursue its objections to the submission of any deposition testimony for Mr. Peña.

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 1:18-21 | | | | | |
| 11:25-13:14 | | | | | |
| 13:21-15:12 | | | | | |
| 17:21-18:2 | | | | | |
| 21:17-22:16 | | | | | |
| 22:21-23:11 | | | | | |
| 23:15-20 | | | | | |
| 24:21-25:5 | | | | | |
| 25:10-26:17 | 25:13-15; | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| | FRE 602, 701, 704 | | | | |
| 27:16-28:4 | | | | | |
| 28:6-18 | | | | | |
| 28:25-30:6 | | | | | |
| 32:7-33:8 | | | | | |
| 34:22-35:6 | FRE 602, 701, 704 | 35:7-10 (contingent) | Incomplete | 35:8-12 | |
| 35:9-36:4 | 35:9-21; FRE 602, 701, 704 | | | | |
| 36:13-38:21 | 36:14-37:8; FRE 402, 602 | | | | |
| 39:18-41:14 | | | | | |
| 46:20-47:10 | | | | | |
| 47:19-48:4 | | | | | |
| 48:9-12 | | | | | |
| 48:18-23 | 48:19-23; FRE 402, 602, 701, 704 | | | | |
| 51:4-23 | | | | | |
| 52:7-21 | | | | | |
| 53:4-54:3 | | | | | |
| 54:10-12 | | | | | |
| 54:14-20 | | | | | |
| 54:22-55:2 | | | | | |
| 55:24-56:19 | | | | | |
| 59:16-24 | | | | | |
| 60:6-61:5 | FRE 602, 901 | 61:6-14 (contingent) | 602 | | |
| 61:15-21 | | | | | |
| 62:3-63:18 | | | | | |
| 64:15-65:7 | | | | | |
| 67:21-68:20 | FRE 602, 901 | 68:21-25 (contingent) | 602 | | |
| 69:1-15 | FRE 602, 701, 704, 901

69:12-15 FRE 602, 701, 704 | | | | |
| 70:24-71:3 | FRE 602, 701, | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| | 704 | | | | |
| 71:7-10 | FRE 602, 701, 704 | 71:11-73:10 (contingent) | incomplete | 73:11-74:7 | |
| 77:1-23 | FRE 602, 701, 704 | | | | |
| 78:3-79:4 | | | | | |
| 79:11-80:8 | | | | | |
| 80:19-81:13 | | | | | |
| 81:17-25 | | | | | |
| 82:11-13 | | | | | |
| 82:15-83:22 | | | | | |
| 84:23-85:22 | | | | | |
| 87:5-8 | | | | | |
| 89:21-90:5 | | | | | |
| 90:7-25 | | 94:3-95:20 | | | |
| 97:21-98:22 | FRE 402, 403, 502, 602 | | | | |
| 101:10-20 | | 101:21-102:3 | | | |
| 102:4-103:7 | | | | | |
| 105:19-106:22 | | 105:16-18 | | | |
| 108:25-110:25 | | | | | |
| 111:23-112:1 | | 111:1-22 | 602 | | |
| 112:10-117:24 | 113:19-117:24; FRE 602, 802 | 112:2-119:20 | 802, 803 | | |
| 118:5-20 | | | | | |
| 119:13-17 | | | | | |
| 119:23-120:16 | FRE 602, 802 | | | | |
| 120:18-22 | FRE 602, 802 | | | | |
| 122:4-123:21 | FRE 402, 602, 802 | 123:22-124:7 (contingent) | | | |
| 124:8-14 | FRE 402, 602, 802 | 125:18-126:1 (contingent) | 402, 602 | 126:2-6 | |
| 128:21-129:11 | FRE 402, 403, 602, 802 | | | | |
| 129:19-130:3 | FRE 402, 403, 602, 802 | 129:12-18 and 130:4-19 | | | |
| 130:20-131:10 | FRE 402, 403, 602, 802 | 132:15-19 | 602 | | |

**Raul Renaud  (6/30/2004)**

**Aspex  v. Altair**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 6:5-23 | | | | | |
| 7:2-7 | | | | | |
| 7:11-8:3 | | | | | |
| 8:6-10:21 | | | | | |
| 11:3-6 | | | | | |
| 15:7-21 | | | | | |
| 19:17-20:2 | | | | | |
| 20:12-21:24 | | | | | |
| 22:4-23:11 | | | | | |
| 24:2-25:1 | | | | | |
| 25:17-26:23 | | | | | |
| 27:11-16 | | | | | |
| 27:19-28:8 | | | | | |
| 29:23-31:2 | | | | | |
| 31:8-19 | | | | | |
| 32:23-33:22 | | | | | |
| 33:25-40:23 | | | | | |
| 41:2-5 | | | | | |
| 42:5-45:10 | | | | | |
| 48:10-17 | | | | | |

**Steven Wright (6-29-04)**
**Aspex v. Altair**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 18:18-24 | | 18:25-19:21 | | | |
| 19:22-24 | | | | | |
| 20:2-7 | | | | | |
| 21:24-22:5 | FRE 402, 403, 602, 701, 704 | | | | |
| 26:3-7 | FRE 402, 403, 602, 701, 704 | | | | |
| 26:12-27:2 | 26:12-14 FRE 402, 403, 602, 701, | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| | 704 | | | | |
| 27:11-28:5 | | | | | |
| 29:12-13 | 29:12-13 FRE 402, 403, 602, 701, 704 | | | | |
| 29:15-30:24 | 29:15-30:4 FRE 402, 403, 602, 701, 704 | | | | |
| 31:20-32:15 | | 32:16-35:12 | | | |
| 40:2-8 | | 39:15-40:1 | | | |
| 41:6-19 | FRE 402, 403 | | | | |
| 42:20-45:5 | | 42:17-19 | | | |
| 45:19-46:24 | 46:1-24 FRE 402, 403, 602 | | | | |
| 47:14-17 | | 47:18-25 | | | |
| 49:17-51:7 | | | | | |
| 51:21-52:7 | FRE 402, 403, 602, 802, 901 | | | | |
| 53:16-22 | FRE 402, 403, 602, 802, 901 | | | | |
| 54:7-55:3 | | | | | |
| 55:8-11 | | | | | |
| 55:13-23 | | 55:24-56:7 | | | |
| 56:8-17 | FRE 402, 403, 602, 802, 901 | | | | |
| 57:19-58:8 | FRE 402, 403, 602, 802, 901 | 58:16-22 | Incomplete | 58:23-59:3 | |
| 60:16-24 | FRE 402, 403, 602, 802, 901 | | | | |
| 61:15-62:9 | | 62:10-63:2 | | | |
| 64:19-68:12 | 66:8-12 FRE 402, 403 | 63:19-64:2 | | | |
| 69:1-22 70:7-14 | 69:17-22 FRE 402, 403 | 68:13-23 70:15-20 | 402 | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 72:7-11 | FRE 402, 403, 602, 802, 901 | | | | |
| 72:14-75:20 | FRE 402, 403, 602, 802, 901 | 76:4-78:15 (contingent) | 402, 403 | | |
| 84:1-3 | FRE 402, 403, 602, 802, 901 | | | | |
| 84:14-86:1 | 84:14-25 FRE 402, 403, 602, 802, 901 | | | | |
| 86:18-88:18 | | | | | |
| 88:23-89:10 | | | | | |
| 90:15-21 | | | | | |
| 91:1-92:7 | | | | | |
| 92:16-93:13 | 92:16-93:13 FRE 402, 403, 602, 802, 901 | | | | |
| 96:20-24 | 96:20-24 FRE 402, 403, 602, 802, 901 | | | | |
| 97:5-6 | 97:5-6 FRE 402, 403, 602, 802, 901 | | | | |

**Steven Wright (06/30/04)**
**Aspex v. Altair**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 113:13-14 | | | | | |
| 113:17-114:25 | | 115:1-5 | | | |
| 116:18-117:16 | | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 117:24-118:5 | | | | | |
| 118:11-119:9 | | | | | |
| 119:20-120:2 | | 121:2-122:11 | 402, 403, 701 | 122:15-24 | |
| 133:20-134:16 | | 134:17-19 | | | |
| 134:20-135:2 | | | | | |
| 135:13-136:10 | | | | | |
| 139:8-141:5 | | | | | |
| 143:18-144:6 | FRE 402-403, 602, 802, 901 | | | | |
| 144:23-145:17 | FRE 402-403, 602, 802, 901 | | | | |
| 146:10-148:5 | | 148:6-16 | 602 | 148:17-20 | |
| 151:2-13 | 151:8-13; FRE 901 | | | | |
| 152:13-153:11 | | | | | |
| 153:18-154:10 | FRE 402-403, 602, 802, 901 | | | | |
| 154:17-156:3 | 154:17-19; FRE 402-403, 602, 802, 901 | | | | |
| 158:4-159:14 | FRE 402-403, 602, 701, 704 | | | | |
| 160:21-161:4 | FRE 402-403, 602, 701, 704 | | | | |
| 165:6-13 | FRE 402-403, 602, 701, 704 | | | | |
| 165:20-166:8 | FRE 402- | | | | |

- 10 -

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| | 403, 602, 701, 704 | | | | |
| 191:8-192:1 | | | | | |
| 192:19-22 | | | | | |
| 192:19-22 | | | | | |
| 195:16-196:8 | FRE 402-403, 602, 701, 704 | | | | |
| 196:25-198:17 | FRE 402-403, 602, 701, 704 | | | | |
| 198:19-199:20 | FRE 402-403, 602, 701, 704 | | | | |
| 199:25-200:3 | FRE 602, 901 | | | | |
| 200:7-20 | FRE 402-403, 602, 701, 704 | | | | |
| 200:24-202:2 | FRE 402-403, 602, 701, 704 | | | | |
| 202:23-203:5 | | | | | |
| 205:1-206:25 | | 207:1-3 | | | |
| 207:4-12 | | | | | |
| 209:6-210:13 | FRE 402-403 | 210:14-212:20 (contingent) | | | |
| 228:20-22 | | 228:23-24 | | | |
| 228:25-229:5 | | | | | |
| 230:6-15 | | | | | |
| 230:18-231:3 | 231:3; FRE 402-403, 602, 802 | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 231:9-232:15 | FRE 402-403, 602, 802 | | | | |
| 232:20-24 | | | | | |
| 233:16-235:9 | | | | | |
| 236:10-237:9 | | | | | |
| 238:24-240:3 | | | | | |
| 240:7-242:16 | FRE 402-403, 901 | | | | |
| 243:22-244:11 | 244:1-11; FRE 402-403, 602 | | | | |
| 246:20-248:16 | FRE 402-403, 602, 701, 704 | | | | |

**Steven Wright (01-07-11)**
**Aspex v. Altair**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 7:13-8:21 | 7:19-8:4; FRE 402, 403, 602, 701, 704 | 9:4-14 | | | |
| 11:7-9 | | | | | |
| 11:11-12:9 | | | | | |
| 14:3-9 | | 14:24-15:9 | | 14:10-23; | |
| 16:15-18 | | | | | |
| 39:4-24 | | | | | |
| 40:8-11 | | 40:3-7 | | | |
| 40:16-41:8 | | | | | |
| 41:10-19 | | | | | |
| 41:22-25 | | | | | |
| 42:6-9 | | | | | |
| 42:11-13 | | | | | |
| 42:24-43:3 | | | | | |
| 43:5-21 | | | | | |

- 12 -

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 43:23-24 | | | | | |
| 44:13-45:3 | | | | | |
| 46:10-15 | | | | | |
| 46:17-23 | | | | | |
| 46:25-47:11 | | | | | |
| 47:13-15 | | | | | |
| 47:17-23 | | | | | |
| 51:19-52:4 | FRE 402, 403, 602 | | | | |
| 52:7-9 | 52:7; FRE 402, 403, 602 | | | | |
| 52:11-15 | | | | | |
| 52:17-20 | | | | | |
| 52:23-24 | | | | | |
| 53:2-5 | | | | | |
| 53:7-9 | | 53:10-24 | | | |
| 53:25-54:3 | | | | | |
| 54:5-6 | | | | | |
| 54:25-55:3 | | | | | |
| 55:5-22 | | | | | |
| 55:25-57:2 | | | | | |
| 57:18-58:13 | | | | | |
| 58:15-24 | | 59:4-15 | | 59:16-23 | |
| 60:18-23 | | | | | |
| 61:3 | | | | | |
| 61:5-21 | | | | | |
| 61:25-63:4 | | | | | |
| 64:20-66:2 | | | | | |
| 66:4-69:9 | 68:2-69:5; FRE  403, 407 | | | | |
| 69:11-20 | | | | | |
| 69:22-70:8 | | | | | |
| 70:10-11 | | | | | |
| 70:24-71:12 | | | | | |
| 71:14 | | | | | |
| 71:23-72:10 | | | | | |
| 73:7-22 | | | | | |
| 73:24-74:10 | | | | | |
| 74:12-18 | | | | | |
| 74:20-23 | | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 74:25-75:11 | | | | | |
| 76:8-16 | | | | | |
| 77:7-9 | | | | | |
| 77:11-14 | | | | | |
| 78:16-21 | | 78:22-25 | 402 | | |
| 79:2-6 | | 79:7-24 | | | |
| 79:25-80:5 | | | | | |
| 80:7-24 | | 80:25-81:1 | 402 | | |
| 81:8-22 | | | | | |
| 82:24-83:9 | | | | | |
| 83:22-84:8 | | | | | |
| 84:10-15 | | | | | |
| 84:17-22 | | | | | |
| 85:25-86:4 | | | | | |
| 86:7-18 | | | | | |
| 87:13-14 | | | | | |
| 87:16-88:8 | | | | | |
| 88:10-15 | | 88:16-24 | | | |
| 88:25-90:18 | | | | | |
| 90:20-23 | | | | | |
| 91:23-92:11 | | 91:12-22 | | | |
| 92:17-22 | | | | | |
| 92:24-93:2 | | 93:3-18 | | | |
| 96:15-19 | | 96:20-25 | 402 | | |
| 97:5-23 | | | | | |
| 98:10-18 | | | | | |
| 98:20-24 | | | | | |
| 99:2-4 | | | | | |
| 99:18-21 | | 99:11-17 | | | |
| 99:24-100:9 | | | | | |
| 100:11-101:6 | 100:20-101:6; FRE 403, 407 | | | | |
| 103:16-18 | | | | | |
| 103:22-104:2 | | | | | |
| 104:4-8 | | 104:9-17 | | | |
| 104:18-105:10 | | | | | |
| 105:12-15 | | | | | |
| 105:17-23 | | | | | |
| 106:11-21 | | | | | |
| 108:23-109:4 | | | | | |

- 14 -

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 109:12-110:7 | | | | | |
| 110:11-111:7 | | | | | |
| 111:23-24 | | | | | |
| 112:2-8 | | | | | |
| 112:19-22 | | | | | |
| 112:24-25 | | | | | |
| 114:22-115:3 | | | | | |
| 115:15-19 | | | | | |
| 119:14-120:3 | | 120:4-9 | | 120:22-121:4 | |
| 121:5-8 | | | | | |
| 121:10-15 | | | | | |
| 121:17-21 | | 121:22-122:5 | | | |
| 122:6-8 | | | | | |
| 122:10-17 | | | | | |
| 124:2-18 | | | | | |
| 124:20-125:2 | | | | | |
| 126:16-21 | | | | | |
| 127:13-128:16 | | | | | |
| 128:18-23 | | | | | |
| 129:3-8 | | | | | |
| 129:16-130:7 | | | | | |
| 130:9-25 | | | | | |
| 132:8-23 | | | | | |
| 132:25-133:4 | 133:2-4 FRE 402, 403, 602 | | | | |
| 133:6-9 | 133:6-9; FRE 402, 403, 602 | | | | |
| 133:11-134:4 | 133:11-16; FRE 402, 403, 602 | | | | |
| 134:21-135:5 | | | | | |
| 135:7-11 | | | | | |
| 135:13-136:20 | | | | | |
| 137:9-138:19 | FRE 402, 403, 602 | | | | |
| 138:25-139:2 | | | | | |
| 139:4-5 | | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 139:7-13 | | | | | |
| 139:15-140:4 | | | | | |
| 140:6-141:11 | | | | | |
| 141:13 | | | | | |
| 141:22-25 | | | | | |
| 142:3-7 | | | | | |
| 142:9-20 | | | | | |
| 142:22-25 | | | | | |
| 143:3-9 | | | | | |
| 143:11-15 | | | | | |
| 143:18-23 | | | | | |
| 143:25-144:17 | | | | | |
| 144:19-22 | | | | | |
| 145:15-25 | | | | | |
| 146:3-9 | | | | | |
| 150:4-151:16 | | | | | |
| 151:19-21 | | | | | |
| 152:8-153:5 | | | | | |
| 153:7-21 | | | | | |
| 154:13-18 | | | | | |
| 154:20-155:2 | | 155:3-15; 155:17-156:7 | | | |
| 157:5-6 | | | | | |
| 157:8-25 | | | | | |
| 158:3-11 | | | | | |
| 158:13-18 | | | | | |
| 158:20 | | | | | |
| 159:6-7 | | | | | |
| 159:9-10 | | 159:11-12; 159:14 | 402, 403 | | |
| 159:15-16 | | | | | |
| 159:18-20 | | | | | |
| 159:25-160:1 | | | | | |
| 160:4-8 | 160:7-9; FRE 402, 403, 602 | | | | |
| 160:10-11 | 160:10-11; FRE 402, 403, 602 | | | | |
| 160:19 | FRE 402, 403, | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| | 602 | | | | |
| 160:21-22 | FRE 402, 403, 602 | | | | |
| 160:24-25 | FRE 402, 403, 602 | 164:11-16 | | | |
| 166:8-167:8 | | | | | |
| 167:13-17 | FRE 403, 602, 901 | | | | |
| 167:19-24 | FRE 403, 602, 901 | | | | |
| 168:2-3 | FRE 403, 602, 901 | | | | |
| 168:24-170:25 | 168:24-170:14; FRE 403, 602, 901 | | | | |
| 171:7-172:24 | FRE 403, 602, 901 | | | | |
| 173:11-16 | | | | | |
| 173:22-174:7 | | | | | |
| 174:25-175:14 | FRE 403, 602, 901 | | | | |
| 175:16-176:19 | FRE 403, 602, 901 | | | | |
| 176:21-177:13 | FRE 403, 602, 901 | | | | |
| 184:4-15 | | | | | |
| 184:17-185:5 | | | | | |
| 185:21-22 | | | | | |
| 185:24-188:6 | 187:11-188:6; FRE 402, 403 | | | | |
| 188:8-24 | 188:8-24; FRE 402, 403 | | | | |
| 189:10-14 | 189:10-14; FRE 402, 403 | | | | |
| 190:7-11 | | | | | |
| 190:13-16 | | | | | |
| 194:17-196:11 | | 196:12-13; 196:15-197:6 | | | |
| 197:14-198:13 | | 197:8-13; 198:14-19 | | | |
| 198:20-24 | | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 199:2-200:8 | | | | | |
| 205:8-23 | | | | | |
| 208:25-209:15 | FRE 402, 403, 602, 701, 704, 802 | | | | |
| 209:25-210:6 | FRE 402, 403, 602, 701, 704, 802 | | | | |
| 210:15-19 | FRE 402, 403, 602, 701, 704, 802 | | | | |
| 211:9-17 | | | | | |
| 212:3-6 | FRE 402, 403 | | | | |
| 212:8-14 | FRE 402, 403 | | | | |
| 212:17-21 | FRE 402, 403 | | | | |
| 212:23-213:8 | FRE 402, 403 | | | | |
| 213:15-16 | FRE 402, 403 | | | | |
| 213:24-214:2 | FRE 402,403 | | | | |
| 214:4-12 | | | | | |
| 215:10-216:16 | FRE 402, 403 | | | | |
| 216:18-23 | FRE 402, 403 | | | | |
| 217:13-218:10 | | | | | |
| 218:12-16 | | | | | |
| 218:18-219:18 | | | | | |
| 219:20-220:12 | | | | | |
| 220:14-20 | | | | | |
| 220:24-221:8 | 221:6-8; FRE 103(c), 602, 603 | | | | |
| 221:16-222:3 | | | | | |
| 222:17-223:6 | FRE 402, 403 | | | | |
| 223:12-224:7 | FRE 402, 403 | | | | |
| 224:9-19 | FRE 402, 403 | | | | |
| 225:18-23 | FRE 402, 403 | | | | |
| 225:25-226:11 | | | | | |
| 228:13-14 | FRE 402, 403 | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Response |
|---|---|---|---|---|---|
| 228:16-229:12 | FRE 402, 403 | | | | |
| 231:19-21 | FRE 402, 403, 602 | | | | |
| 231:23-232:4 | FRE 402, 403, 602 | | | | |
| 232:6-13 | FRE 402, 403, 602 | | | | |
| 232:15-17 | FRE 402, 403, 602 | | | | |
| 232:25 | FRE 402, 403, 602 | | | | |
| 233:2-4 | | | | | |
| 233:6-10 | | | | | |
| 233:14-16 | | | | | |
| 233:18-22 | | | | | |
| 234:15-19 | FRE 402, 403, 602 | | | | |
| 235:7-16 | FRE 402, 403, 602 | | | | |
| 235:18-22 | FRE 402, 403, 602 | | | | |
| 235:25-236:25 | FRE 402, 403, 602 | | | | |
| 237:3 | FRE 402, 403, 602 | | | | |
| 237:5-10 | FRE 402, 403, 602 | | | | |
| 237:12-17 | FRE 402, 403, 602 | | | | |

**David Chao**
**Aspex v. Altair – 06/10/2004**

Mr. Chao is an employee (and officer) of Plaintiff Contour.  He is available to testify live at

trial.  Altair accordingly objects to Plaintiffs' designations of any deposition testimony for Mr. Chao in

its entirety.  Because Plaintiffs have refused to withdraw their improper designations of his deposition

testimony, Altair submits the following objections and counterdesignations to the testimony Plaintiffs

have cited, but reserves and will pursue its objections to the submission of any deposition testimony

for Mr. Chao.

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 5:11-18 | | | | | |
| 15:14-19 | | | | | |
| 17:2-18:6 | | 16:9-17:1 | | | |
| 18:20-19:17 | | 19:18-20 | | | |
| 19:21-23 | | | | | |
| 20:18-21:3 | | 21:4-21 | | | |
| 22:4-23:14 | | 23:15-22 | | | |
| 23:23-24:9 | | 25:2-3 | | 25:4 | |
| 25:21-26:1 | | | | | |
| 26:10-17 | | 28:7-16; 29:12-23 | 402 | 28:17-29:11 | |
| 34:17-19 | | | | | |
| 34:23-35:3 | | | | | |
| 39:24-40:5 | | | | | |
| 40:14-41:2 | | | | | |
| 47:12-49:2 | FRE 402, 403, 602 | | | | |
| 50:1-9 | FRE 402, 403, 602 | | | | |
| 50:11-18 | | | | | |
| 50:25-51:6 | | | | | |
| 52:13-53:3 | | | | | |
| 53:20-25 | | | | | |
| 54:4-20 | | 54:24-55:8 | 402 | | |
| 55:9-56:3 | | | | | |
| 56:8-10 | | | | | |
| 60:10-61:3 | | | | | |
| 62:9-17 | | 62:3-8; 62:18-63:2 | 402 | 61:21-62:2 | |
| 63:3-5 | | | | | |
| 65:20-66:2 | | | | | |
| 67:7-16 | | | | | |
| 68:5-20 | | | | | |
| 69:4-6 | FRE 402, 403, 602, 701, | | | | |

- 20 -

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | 704 | | | | |
| 69:8-9 | FRE 402, 403, 602, 701, 704 | | | | |
| 72:12-25 | | | | | |
| 80:10-81:20 | | 76:10-78:12 | | | |
| 82:6-11 | | 82:25-83:18; 84:4-17; 85:4-10 | 402 402 402, 403 | | |
| 86:11-25 | | | | | |
| 87:5-89:18 | | 89:19-22 | | | |
| 90:4-9 | | 90:10-16; 90:25-91:5 | 402 | | |
| 95:15-17 | | | | | |
| 95:19-20 | | | | | |
| 95:22-97:10 | | | | | |
| 97:21-98:10 | | 99:18-25 | | | |
| 105:4-16 | | 102:13-105:3 | | | |
| 110:1-14 | | 112:10-12 | | | |
| 113:7-9 | | | | | |
| 113:20-22 | | | | | |
| 114:12 | | | | | |
| 114:14-22 | | 116:7-16; 116:24-25 117:3 118:2-6 | 403, 403, incomplete, 602 | 118:7-10 | |
| 122:23-25 | | 120:9-122:3 | 402, 403 | | |
| 123:7-14 | | | | | |
| 123:16-17 | | | | | |
| 123:19-124:8 | | | | | |
| 124:10-11 | | | | | |
| 124:13-19 | | | | | |
| 125:3-10 | | 125:11-19; 125:21-127:10; 127:12-128:20; | 701, 602 | | |
| 130:1-5 | | 128:23-129:25 | 701, 602 | | |
| 130:10-132:6 | | 132:7-13; | 701, 602 | | |
| 133:18-22 | | 132:16-133:17; 133:23-134:9 134:12-13 | 701, 602 | | |

- 21 -

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 136:14-137:1 | FRE 403, 602, 701, 704 | 135:14-23; 136:6-7 | 701, 602 | | |
| 137:4-15 | FRE 403, 602, 701, 704 | 137:17-20 | | | |
| 138:25-139:6 | | | | | |
| 139:9-11 | | 139:12-140:16; 140:18-141:6 | 402, 403, 701, 602, 704 | | |
| 142:21-25 | | 141:11-142:20 | 402, 403, 701, 704, 602 | | |
| 143:2-4 | | | | | |
| 143:7-9 | | 143:10-143:24 | | | |
| 144:16-145:6 | | 144:1-144:15; 145:7-8 | 402, 403, 701, 704, 602 | | |
| 145:19-21 | | 145:11-17; 145:22-146:7 | 402, 403 | | |
| 146:8-14 | | 146:15-17; 146:20 | 402, 403 | | |
| 146:22-147:1 | | 150:19-151:10 | 402, 403, 602 | | |
| 161:20-23 | | | | | |
| 162:3-19 | | 162:20-164:6 164:9-164:13 164:22-165:8 165:16-169:1 | 402, 403, 602, 701, 704 | | |
| 171:9-11 | | 171:6 | | | |
| 172:2-18 | | | | | |
| 172:23-173:16 | | 172:19-22 | 402, 403, 602, 701, 704 | | |
| 177:3-7 | | | | | |
| 181:7-16 | | 180:18-181:6 | | | |
| 183:2-14 | 183:12-14; FRE 403 | | | | |
| 183:16-18 | FRE 403 | | | | |
| 183:20-184:8 | FRE 403 | 185:18-186:7 | 402, 403, 602, 701, 704 | | |

**David Chao**
**Aspex v. Altair – 06/11/2004**

Mr. Chao is an employee (and officer) of Plaintiff Contour.  He is available to testify live at trial.  Altair accordingly objects to Plaintiffs' designations of any deposition testimony for Mr. Chao in its entirety.  Because Plaintiffs have refused to withdraw their improper designations of his deposition testimony, Altair submits the following objections and counterdesignations to the testimony Plaintiffs have cited, but reserves and will pursue its objections to the submission of any deposition testimony for Mr. Chao.

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 202:25-203:2 | 402, 403 | 203:10-19 | |
| | | 204:14-205:6 | 402, 403, privileged, 802, 803 | | |
| | | 205:20-209:5 | 402, 403, privileged, 802, 803 | | |
| | | 209:23-211:2 | 402, 403 | | |
| | | 211:17-212:6 | 402, 403 | | |
| | | 212:16-214:1 | 402, 403, 602, 802, 803 | | |
| 234:14-21 | FRE 402, 403, 602, 701, 704 | | | | |
| 236:19-237:4 | FRE 402, 403, 602, 701, 704 | | | | |
| 237:7 | FRE 402, 403, 602, 701, 704 | | | | |
| 237:9 | FRE 402, 403, 602, 701, 704 | | | | |
| 278:8-280:10 | | 280:11-12; | 402, 403, 602 | | |
| 281:21-282:4 | | 280:14-281:20; 282:5-11 | 402, 403, 602 | | |

- 23 -

| | | | | | |
|---|---|---|---|---|---|
| 283:11-284:11 | | 282:15-283:10 | 602 | | |
| 284:13-14 | | | | | |
| 284:16-285:9 | | | | | |
| 285:22-286:4 | | 286:5-10 | | | |
| 286:21-287:4 | | | | | |
| 287:19-288:6 | | | | | |
| 289:2-18 | | 289:19-290:1; | | 290:2-8 | |
| 291:17-292:5 | | 291:12-16 | | | |
| 292:14-294:1 | | | | | |
| 294:7-14 | | 294:15-22 | 402, misleading because of agreements after deposition | | |
| 296:6-7 | | | | | |
| 296:9-18 | | | | | |
| 296:20-297:3 | FRE 402, 403 | 298:22-25 (contingent) | 402, 403, 602, misleading because of events after deposition | | |
| | | 299:1-9 | 402, 403 | | |
| | | 300:12-21 | 402, 403 | | |
| | | 302:18-303:2 | 402, 403 | | |
| | | 303:4-304:2 | 402, 403 | | |

**David Chao**
**Aspex v. Altair (01/11/2011)**

Mr. Chao is an employee (and officer) of Plaintiff Contour.  He is available to testify live at trial.  Altair accordingly objects to Plaintiffs' designations of any deposition testimony for Mr. Chao in its entirety.  Because Plaintiffs have refused to withdraw their improper designations of his deposition testimony, Altair submits the following objections and counterdesignations to the testimony Plaintiffs have cited, but reserves and will pursue its objections to the submission of any deposition testimony for Mr. Chao.

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 10:24-12:13 | | 10:17-18<br>10:21-22<br>12:14-15<br>12:17-13:1 | | | |
| 13:4-8 | | | | | |
| 13:12-15 | | 13:22-24 | 402 | | |
| 14:9-20 | | | | | |
| 15:8-10 | | | | | |
| 15:14-16 | | | | | |
| 15:18-20 | | | | | |
| 15:22-16:2 | | | | | |
| 18:25-19:14 | | 17:4-6<br>17:8-16<br>17:19-21<br>17:24-18:2<br>19:15-17<br>19:20-22<br>21:16-19 | <br><br><br><br><br><br>402 | 17:17-19 | |
| 23:4-24:7 | | 23:1-3 | | | |
| 26:7-27:2 | | | | | |
| 27:20-21 | | 27:11-12<br>27:14-15 | 602 | | |
| 27:23 | | | | | |
| 27:25-28:12 | | 28:13-19<br>28:24-29:3<br>29:5-14<br>29:16-22 | 402, 403, 602<br><br><br>402, 403, 602 | | |
| 30:18-21 | | 30:9-14<br>30:16<br>30:22-25 | 602<br>602<br>602 | | |
| 31:1-3<br>32:16-22 | | 31:9-13<br>31:15 | 602 | 31:14 | |
| 32:24 | | | | | |
| 33:19-34:17 | | 34:24-25<br>35:2<br>37:19-25<br>38:2<br>38:4-10<br>38:12-13 | Vague, 402<br>Vague, 402<br>Vague, 402<br><br>Vague, 402 | | |
| 39:3-9 | | | | | |
| 39:11-13 | | 39:15-16<br>39:18 | 602, speculative | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 39:20-40:6 | | 40:7-9 | | | |
| 40:13-15 | | 40:11 | 602 | | |
| | | 40:16-22 | 602 | | |
| | | 40:24-41:17 | 602 | 41:5-17 | |
| 41:18-21 | | | | | |
| 41:23-24 | | | | | |
| 42:6-9 | | | | | |
| 42:11-12 | | | | | |
| 42:14-43:2 | | | | | |
| 43:4 | | | | | |
| 45:9-11 | | 44:14-16 | 402, 602 | | |
| | | 44:18 | | | |
| | | 44:20-45:1 | 402, 403 | | |
| | | 45:3-8 | 402, 403 | | |
| 48:13-50:13 | | 50:14-21 | 602 | | |
| 51:4-17 | | 51:18-25 | | | |
| 52:10-53:2 | | 52:7-9 | 602 | | |
| | | 53:3-9 | | | |
| 53:10-54:10 | | 54:11-56:5 | 602 | | |
| 56:6-17 | | | | | |
| 56:22-57:9 | | 57:14-60:1 | | | |
| 60:5-61:4 | | | | | |
| 61:6-10 | | 61:12-21 | Vague, 602 | | |
| | | 61:23-62:5 | Vauge 602 | | |
| 62:18-63:3 | | | | | |
| 63:5-6 | | | | | |
| 63:15-20 | | | | | |
| 64:13-25 | | 65:1-12 | 602 | | |
| 66:1-13 | | | | | |
| 71:12-72:6 | | | | | |
| 72:10-19 | | 72:7-9 | 602 | | |
| 72:25-73:5 | | | | | |
| 73:13-19 | | | | | |
| 73:22-74:1 | | 73:6-9 | 602 | | |
| | | 73:20-21 | | | |
| | | 74:2-5 | Vague, 602 | | |
| | | 74:7 | | | |
| 74:20-75:2 | | 74:14-19 | Vague, 602 | | |
| 76:5-77:13 | | 78:17-79:1 | | | |
| 77:15-16 | | | | | |
| 77:18-24 | | | | | |
| 78:3-16 | | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 79:9-80:1 | | | | | |
| 80:5-7 | | 80:8-10 | 602 | | |
| 80:11-23 | | | | | |
| 81:12-24 | | | | | |
| 82:2-6 | | | | | |
| 84:3-14 | | 84:15-18<br>84:20<br>84:22-85:1 | 602<br><br>602 | | |
| 85:2-5 | | | | | |
| 85:7 | | | | | |
| 85:12-86:13 | | | | | |
| 87:20-88:11 | FRE 402, 403, 602 | | | | |
| 88:13-14 | FRE 402, 403, 602 | | | | |
| 88:23-89:11 | FRE 402, 403, 602 | | | | |
| 89:14-20 | FRE 402, 403, 602 | 89:21-90:2 (contingent) | 402, 602 | | |
| 92:5-6 | | | | | |

**Richard Chao**
**Aspex v. Altair (06/09/2004)**

Mr. Chao is an employee (and officer) of Plaintiff Contour.  He is available to testify live at trial.  Altair accordingly objects to Plaintiffs' designations of any deposition testimony for Mr. Chao in its entirety.  Because Plaintiffs have refused to withdraw their improper designations of his deposition testimony, Altair submits the following objections and counterdesignations to the testimony Plaintiffs have cited, but reserves and will pursue its objections to the submission of any deposition testimony for Mr. Chao.

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 6:18-7:4 | | | | | |
| 8:9-11 | | | | | |
| 8:14-9:24 | | | | | |
| 13:5-14:9 | | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 14:15-15:6 | | | | | |
| 15:11-18:9 | | 15:11-18:9 | | | |
| 18:17-23 | | | | | |
| 20:13-17 | | | | | |
| 20:25-21:1 | | | | | |
| 21:3-5 | | | | | |
| 22:19-21 | | | | | |
| 22:23-25 | | | | | |
| 23:11-24 | | | | | |
| 24:4-6 | | | | | |
| 26:19-27:3 | | 26:19-27:11 | | | |
| 27:21-23 | | | | | |
| 28:17-25 | | | | | |
| 29:4-25 | | | | | |
| 30:19-31:2 | | | | | |
| 31:10-17 | | | | | |
| 32:3-21 | | | | | |
| 32:25-33:10 | | | | | |
| 33:13-34:2 | | 33:13-34:2 | | | |
| 34:11-22 | | 34:11-36:10 | | | |
| 34:24 | | | | | |
| 35:2-4 | | | | | |
| 35:13-23 | | | | | |
| 35:25 | | | | | |
| 36:2-4 | | | | | |
| 36:8-10 | | | | | |
| 37:2-4 | | | | | |
| 37:6 | | | | | |
| 37:8-38:15 | | | | | |
| 38:22-39:3 | | | | | |
| 39:19-22 | | | | | |
| 40:8-16 | | | | | |
| 40:18 | | | | | |
| 41:2-12 | | | | | |
| 43:3-5 | | | | | |
| 43:7 | | | | | |
| 43:9-10 | | | | | |
| 43:12 | | | | | |
| 44:7-15 | | 43:21-44:6 | 602 | | |
| 44:23-24 | | | | | |
| 45:2-25 | | | | | |
| 46:4-47:5 | | | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 48:1-13 | | | | | |
| 48:23-25 | | | | | |
| 49:2-3 | | | | | |
| 49:5-24 | | | | | |
| 53:19-54:20 | | 51:13-53:14; 54:19-54:20; 54:21-55:15 | 53:9-14: 602 602 | | |
| 55:20-56:6 | | | | | |
| 56:8-10 | | | | | |
| 56:12-16 | | | | | |
| 59:24-60:8 | | 59:14-59:23; 59:24-60:8 | Vague, 701 | 60:9-12 | |
| 60:13-14 | | 60:13-14 | | | |
| 62:9-63:6 | | | | | |
| | | 67:2-67:5 | 602 | | |
| 68:21-69:3 | | | | | |
| 69:6-7 | | | | | |
| 71:12-72:8 | | | | | |
| 73:21-74:19 | | | | | |
| 74:24-75:2 | | | | | |
| | | 76:19-77:4 | 402, 403, 602, 701 | 77:4-15 | |
| | | 77:16-22 | 402, 403, 602, 701 | | |
| 78:18-79:24 | | | | | |
| 80:1-2 | | | | | |
| 80:4-25 | | | | | |
| 81:3 | | | | | |
| 81:12-18 | | 81:5-18 | | | |
| 81:22-25 | | | | | |
| 83:6-18 | | | | | |
| 83:24-25 | | | | | |
| 84:3-4 | | | | | |
| 84:15-22 | | 84:10-14 | | | |
| | | 85:11-18 | | | |
| | | 91:3-5 | | | |
| | | 91:13-92:5 | | | |
| | | 108:5-8 | Incomplete, 402, 403 | 108:9-15 | |
| | | 108:16-25 | 402, 403 | | |
| 116:4-117:3 | | | | | |
| 119:17-120:10 | | 119:17-120:10 | | | |

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| 120:20-121:1 | | 120:20-121:1 | | | |
| 121:6-122:4 | | 121:6-16 | | 121:17-122:5 122:18-23 | |
| | | 122:24-123:6 | | | |
| 128:6-7 | | | | | |
| 128:9 | | | | | |
| 128:11-12 | | | | | |
| 128:15-16 | | | | | |
| 133:19-136:14 | FRE 402 | | | | |
| 137:10-138:14 | FRE 402, 611 | | | | |
| | | 146:9-24 | 402, 403, 602 | | |

**Altair's Supplemental Contingent Designations For David and Richard Chao**

As noted above, Altair objects to any designation by Plaintiffs of deposition testimony for David and/or Richard Chao. Both individuals are employees and officers of Plaintiff Contour. Richard Chao is the inventor of the patent in suit. Plaintiffs have advised that both individuals are available to testify live at trial. There is accordingly no basis for Plaintiffs' proffer of deposition testimony for either. Nevertheless, in the event that the Court allows Plaintiffs to proffer deposition designations rather than live testimony from either David Chao or Richard Chao, Altair has noted its objections and counterdesignations for the transcripts that Plaintiffs have cited. Altair further designates the following additional contingent deposition testimony, while reserving its objection to the proffer of any deposition testimony for these witnesses:

**DAVID CHAO**

**David Chao**
**Contour Optik Inc. v. Ira Lerner, Inc. (12/16/98)**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 301:23-302:17 | | | |

- 30 -

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 311:13-16 | 402 | | |
| | | 316:9-18 | 402, 403 | | |
| | | 318:2-18 | 402, 403, 701 | | |
| | | 320:22-321:8 | 402, 403, 701 | | |

**David Chao**
**Aspex v. Concepts in Optics  (06/22/01)**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 140:9-141:9 | 402, 403, 1004 | | |

**David Chao**
**Aspex v. Elite  (03/30/02)**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 207:17-208:7 | 402, 403, 602 | | |
| | | 208:20-209:3 | 402, 403, 602 | | |

**David Chao**
**Aspex v. Concepts in Optics  (08/29/02)**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 4:5-6 | | | |
| | | 14:1-5 | 402, 403, 701 | | |
| | | 19:2-5 | 402, 403, 701 | | |
| | | 66:13-20 | 402, 403, 701 | | |

NJ 227,135,365v1

**David Chao**
**Aspex v. Elite  (03/24/03)**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 41:9-42:23 | | | |
| | | 43:24-44:9 | | | |

## RICHARD CHAO

**Richard Chao**
**Aspex v. Elite  (06/03/99)**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 49:6-50:5 | 402, 701 | | |
| | | 57:18-59:9 | 402, 701 | | |

**Richard Chao**
**Aspex v. Elite  (03/21/02)**

| Plaintiffs' Page and Line Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendants' Response |
|---|---|---|---|---|---|
| | | 10:4-11:12 | 402 | | |
| | | 16:5-17:12 | 402 | 17:13-24 | |
| | | 32:6-34:18 | 402, 403 | | |
| | | 43:3-8 | | | |
| | | 70:6-11 | Incomplete, 402 | 70:6-4 | |