# EXHIBIT A-2

**Defendant's Deposition Designations**

   Altair designates the following deposition testimony for witnesses it will call in its case in chief via deposition.  Plaintiffs' objections and counterdesignations are noted herein, as are Altair's responses to Plaintiffs' objections/counterdesignations.  In the event that Altair has designated a witness to testify live, and that witness is unable to appear live at trial for reasons beyond Altair's control, Altair reserves the right to designate deposition testimony for that witness instead.  Also, Altair understands that discovery is ongoing in related litigation including, e.g., *Aspex v. Zenni*.  Altair reserves the right to designate testimony from witnesses who testify in that or other matters if such testimony is provided to Altair following its submission of these designations.  Altair further reserves the right to designate additional deposition testimony for purposes of cross-examination, rebuttal, impeachment and/or in response to any further designations by Plaintiffs.

**Charles Baxley**
**Aspex v. Elite – (12/03/2002)**

   **Plaintiffs' General Objections:**  Plaintiffs object *in toto* to Mr. Baxley's deposition.  There is no properly pled inequitable conduct claim in this case, and testimony regarding what was and was not filed before the PTO, and testimony regarding what the inventor Richard Chao did or did not know is not admissible under, among other Rules, Fed.R.Evid. 402 and 403.  *See also Exergen Corp. v. Wal-Mart Stores, Inc.*, 575 F.3d 1312 (Fed. Cir. 2009).  Mr. Baxley was also not patent prosecution counsel during the entire period in which the '054 Patent application was pending, and his testimony thus presents an incomplete picture of the prosecution of that application.  Plaintiffs' objections and counter designations are contingent upon the Court allowing the testimony.

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 6:11-21 | | | | | |
| 17:21-23:3 | 402, 403 | | | | |
| 24:6-26:4 | | | | | |

NJ 227133463v2
NJ 227,135,853v2

US_ACTIVE-105808865.1-TZQUINN 3/27/11 12:46 AM

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 26:5-28:17 | | 28:18-29:3 | FRE 402, 403 | | |
| 31:3-16 | | 31:17-22 | FRE 402, 403 | | |
| 31:23-33:6 | 402, 403 | | | | |
| 34:8-36:6 | | | | | |
| 36:7-37:5 | | | | | |
| 41:14-42:21 | | | | | |
| 43:14-44:21 | 403, 403, 602, 802, 803 | | | | |
| 48:15-50:13 | 49:13-22 402, 403 | | | | |
| 51:12-61:13 | | | | | |
| 61:14-23 | | | | | |
| 80:17-81:16 | | 81:17-82:11 | FRE 402, 403 | | |
| 87:21-88:4 | 402, 403, 802, 803 | | | | |

**Vitaliana Conforti**
**Aspex v. Altair – (8/26/2004)**

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 5:22-6:2 | | | | | |
| 7:4-8 | | | | | |
| 10:1-13 | | | | | |
| 10:23-11:4 | | | | | |
| 11:25-12:1 | | | | | |
| 12:21-13:21 | | | | | |
| 14:7-8 | | | | | |
| 20:15-25 | | | | | |
| 21:7-11 | | | | | |
| 22:3-21 | | | | | |
| 23:11-13 | | | | | |
| 23:22-24:6 | | 24:7-16, 28:11-14 | | | |
| 33:5-34:3 | | | | | |
| 36:10-17 | | | | | |
| 37:1-39:8 | Speculative, 602 | | | | |
| 39:22-40:1 | | 39:20-21 | | | |
| 41:15-25 | | | | | |

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 43:8-45:7 | | 45:8-10 | | 44:21-45:7 | |
| 58:6-11 | | | | | |
| 58:22-25 | 602 | 58:12-21, 59:2-60:16 | | | |
| 62:8-13 | | 62:7, 76:11-77:2 | FRE 602, 901 | | |
| 79:3-20 | | | | | |
| 79:22-80:2 | | 80:3-7 | | | |
| 82:21-24 | | | | | |
| 83:8-84:12 | | | | | |
| 84:14-16 | | | | | |
| 85:3-10 | | | | | |
| 85:22-86:6 | | 86:7-15, 87:3-9 | FRE 402, 403 | | |
| 87:10-88:4 | | | | | |
| 88:14-89:3 | 402, 403 | 90:20-91:1, 92:6-92:17 | | | |
| 92:18-93:1 | Speculative, 602 | | | | |
| 94:6-20 | | | | | |
| 95:11-97:3 | 402, 403, 602 | 97:4-5 | | | |
| 97:16-17 | | 97:18-20 | | | |
| 98:10-23 | 402, 403, 602, 1004 | 98:24-25 | FRE 402, 403 | | |
| 99:20-22 | Speculative, 402, 403, 602, 1004 | 99:1-4, 100:7-11 | FRE 402, 403 | | |
| 101:16-21 | | | | | |
| 102:5-7 | 402, 403 | 103:2-7, 103:19 | FRE 403, 602 | | |
| 106:4-6 | 402, 403, 1004 | 104:12-17, 104:23-105:3, 105:15-106:3, 106:7-10 | FRE 403, 602 | | |
| 106:11-107:8 | 402, 403, 60, 1004, speculative | 107:9-108:11 | FRE 403, 602 | | |
| 109:16-20 | | 109:13-15, 109:21-110:2 | | | |
| 110:3-8 | | 110:9-12 | | | |
| 114:16-115:1 | | 111:4-10, 115:13-22 | FRE 602 | | |

- 3 -

NJ 227133463v2
NJ 227,135,853v2

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 117:8-9 | | | | | |
| 117:12 | | 117:13-20 | | | |
| 118:20-119:4 | 402, 403, 1004, speculative | | | | |
| 119:13-20 | 402, 403, 1004, speculative | | | | |
| 120:7-24 | 402, 403, 1004, speculative | | | | |
| 121:7-10 | 402, 403, 1004, speculative | | | | |
| 126:20-127 | 402, 403, 1004, speculative | | | | |

**Allen Leck**
**Aspex v. Altair – (1/13/2005)**

    **Plaintiffs' General Objections:** Plaintiffs object to Mr. Leck's testimony. Altair has designated Joel Sodano as its expert for trial. Mr. Leck's testimony is also directed to issues related to patents that are no longer part of this case, or to claim construction and infringement issues that are not longer relevant to Altair's defenses after the Federal Circuit's opinion. Mr. Leck's testimony is thus irrelevant. Fed.R.Evid. 402, 403. Mr. Leck also testified that he is not familiar with the prior art upon which Altair has relied for its invalidity defenses, and his testimony is not helpful to the jury. Fed.R.Evid. 701, 702. Plaintiffs' objections and counter designations are contingent upon the Court allowing the testimony.

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 61:23-65:14 | 402, 403, 702 | | | | |
| 69:4-69:9 | 402, 403, 702 | 69:16-25 | FRE 402, 403 | 70:1 – 70:2 | |
| 88:1-10 | 402, 403, 702 | | | | |

**Harry Manbeck**
**Aspex v. Concepts in Optiks (10/26/2000)**

**Plaintiffs' General Objections:**  Plaintiffs object to the testimony of Harry Manbeck in its entirety.  The Court found in 2005 that Mr. Manbeck did not have ordinary skill in the art of the technology of the '054 Patent, and his testimony is not admissible under Fed.R.Evid. 702.  Plaintiffs' expert is Lee Zaro.  Plaintiffs' objections and counter designations are contingent upon the Court allowing the testimony.

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 53:9-53:20 | 402, 403, 602, 701, 702 | | | | |

**Raul Renaud**
**Aspex v. Altair  (6/30/2004)**

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 6:5-9:13 | | | | | |
| 9:14-15:2 | | | | | |
| 15:7-15:21 | | | | | |
| 9:17-20:22 | | | | | |
| 20:24-21:24 | 402, 403, 701 | | | | |
| 22:4-24:17 | | | | | |
| 24:18-25:1 | | | | | |
| 25:3-29:22 | 25:3-26:13 402, 403, 602, 802, 803

26:14-29:22 402, 403, 901 | | | | |
| 29:23-33:15 | | | | | |
| 33:16-34:9 | | 34:10-14 | | | |
| 34:15-35:15 | | | | | |
| 35:16-36:23 | 35:25-36:20 402, 403, 602, 802, 803 | 36:24-37:12 | | | |
| 37:13-40:23 | 402, 403, 701, 802, 803, 602 | | | | |
| 41:2-45:18 | 802, 803, 901, 602 | 48:10-17 | | | |

**Raul Renaud 30(b)(6)**
**Aspex v. Altair –(7/20/2004)**

NJ 227133463v2
NJ 227,135,853v2

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 36:21-39:15 | 402, 403, 1004 | | | | |
| 76:5-25 | 402, 403, 602, 1004 | | | | |

**Michelle Skinner**
**Aspex v. Altair – (6/28/2004)**

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 8:7-10:8 | | | | | |
| 43:25-51:11 | | 41:11-43:16 | FRE 402, 403 | 40:21 – 41:6 | |
| 13:7-14:5 | | | | | |
| 56:13-58:17 | 602; speculative | | | | |

**Peter Tong**
**Aspex v. E'lite (12/4/2002 )**

**Plaintiffs' General Objections:**  Plaintiffs object *in toto* to Mr. Tong's testimony. There is no properly pled inequitable conduct claim in this case, and testimony regarding what was and was not filed before the PTO, and testimony regarding what the inventor Richard Chao did or did not know is not admissible under, among other Rules, Fed.R.Evid. 402 and 403. *See also Exergen Corp. v. Wal-Mart Stores, Inc.*, 575 F.3d 1312 (Fed. Cir. 2009). Plaintiffs' objections and counter designations are contingent upon the Court allowing the testimony.

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
| 27:6-30-8 | 402, 403, 901, 802, 803 | | | | |
| 34:21-48:11 | 34:21-41:17 402, 403, 602 47:4-48:11 40, 403, 602, speculative | | | | |
| 53:1-53:25 | 402, 403, | | | | |
| 58:12-60:4 | 59:14-60:4 402, 403, 602, 802, 803, improper | | | | |

- 6 -

| Def.'s Page and Line Designations | Pl.'s Objections | Pl.'s Counter-Designations | Def.'s Objections | Def.'s Counter-Designations | Pl.'s Response |
|---|---|---|---|---|---|
|  | hypothetical |  |  |  |  |
| 60:6-65:14 | 62;19-65:14 402, 403, 802, 803 |  |  |  |  |
| 65:15-68:17 | Incomplete hypothetical; 402, 403, 602, 901 |  |  |  |  |
| 68:18-73:1 | 402, 403, 602, 901 |  |  |  |  |
| 73:3-79:25 | 402, 403, 602, 701 |  |  |  |  |
| 80:1-82:24 | 402, 403, 602, 701 |  |  |  |  |
| 83:8-87:3 | 85:3-13 402, 403, 602 86:19-87:3 402, privileged communi-cation |  |  |  |  |
| 87:5-89:3 | 87:5-88:21 402, 403, 602, speculative |  |  |  |  |
| 89:4-105:20 | 402, 403, 602, privilege, 901, 802, 803 |  |  |  |  |

NJ 227133463v2
NJ 227,135,853v2