# EXHIBIT B-1

**Plaintiffs' Proposed Trial Exhibits**

| Exhibit | Source/ Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
| 1 | David Chao (01/11/11) EX. CONTOUR 2 ASPEX-ALTAIR 125-138 | Distribution and License Agreement Between Contour and Chic dated April 7, 1998 | |
| 2 | David Chao (01/11/11) EX. CONTOUR 3 | Letter to David Chao from Chic Optic, Inc. dated August 30, 2002 | |
| 3 | David Chao (01/11/11) EX. CONTOUR 4 ASPEX-ALTAIR 102-114 | Agreement Between Richard Chao and Chic Optic, Inc. dated July 31, 1998 | |
| 4 | David Chao (01/11/11) EX. CONTOUR 5 ASPEX-ALTAIR 8644-8657 | Patent License and Distribution Agreement | |
| 5 | David Chao (01/11/11) EX. CONTOUR 6 ASPEX-ALTAIR 8540-8564 | Agreement Between Aspex Eyewear, Inc. and Pentax Corporation dated November 2002 | |
| 6 | David Chao (01/11/11) EX. CONTOUR 7 ASPEX-ALTAIR 8615-8628 | Patent License and Distribution Agreement Between Contour Optik, Inc. and Chic Optic, Inc. dated June 3, 2005 | |
| 7 | David Chao (01/11/11) EX. CONTOUR 8 ASPEX-ALTAIR 8629-8643 | Patent License and Distribution Agreement Between Contour and Chic dated November 2008 | |
| 8 | David Chao (01/11/11) EX. CONTOUR 9 ASPEX-ALTAIR 8613-14 | Amendment to Patent License and Distribution Agreement dated December 16, 2008 | |
| 9 | David Chao (01/11/11) EX. CONTOUR 10 ASPEX-ALTAIR 8661-8666 | Patent License Agreement Contour Optik, Inc. and Rodenstock GmbH dated July 1, 2008 | |
| 10 | David Chao (01/11/11) EX. CONTOUR 11 ASPEX-ALTAIR 8523-8539 | 2000 Ownership Agreement (To Own Contour Patents) between Contour Optik, Inc. and Asahi Optical Co., LTD | |
| 11 | Zaro (01/12/11) EX. 4 | U.S. Patent No. 6,012,811 dated January 11, 2000 | |
| 12 | Wright (01/07/11) EX. 4 ALT-023688-023699 | Chart titled " Sunlites (4) Phase 2 | |

| Exhibit | Source/<br>Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
|  |  | Release - 10/05 |  |
| 13 | Wright (01/07/11) EX. 5 | Chart showing Sales and Revenue Totals |  |
| 14 | Wright (01/07/11) EX. 6 | Altair Eyewear Income Statement for December 31, 2005 dated January 13, 2006 |  |
| 15 | Wright (01/07/11) EX. 7<br>ALT-008586 | Chart showing 2001, 2002 and 2003 Revenue Amounts by Product Line Sunlites and Diamontite Magentics |  |
| 16 | Wright (01/07/11) EX. 8<br>ALT-004684-004690 | Chart showing Sales and Revenue Totals |  |
| 17 | Wright (01/07/11) EX. 9<br>ALT-004683 | Chart showing JA Mags Sales - 2004 to 2010 |  |
| 18 | Wright (01/07/11) EX. 10<br>ALT-004691-4697 | Chart showing Altair Eyewear Sunlites and Diamontite Purchases 2004 to 2010 |  |
| 19 | Wright (01/07/11) EX. 11<br>ALT-007634-007635 | Chart showing Sunlites and JA 3pc Analysis dated December 17, 2009 |  |
| 20 | Wright (01/07/11) EX. 12<br>ALT-007841 | Chart showing Sunlites Analysis dated December 9, 2008 |  |
| 21 | Wright (01/07/11) EX. 13<br>ALT-004709-004711 | Email from Tom Grogen to Ken Suesse regarding Sunlites Costs dated October 12, 2010 |  |
| 22 | Wright (01/07/11) EX. 14<br>ALT-004594-004595 | December 2000 Agreement Between Altair Eyewear and World Optical |  |
| 23 | Wright (01/07/11) EX. 15<br>Aspex-Altair 8602-8607 | Letter from Steve Wright to Nonu Ifergan of Aspex Eyewear, Inc. dated June 15, 1998 |  |
| 24 | Wright (01/07/11) EX. 16<br>ALT-010300 | Chart showing New Sunlites Order and Forecast dated October 11, 2007 |  |
| 25 | Wright (01/07/11) EX. 18<br>ALT-004702 | Email from Sherri Midgley to Steve Wright dated September 9, 2010 |  |
| 26 | Wright (01/07/11) EX. 19<br>ALT-027041-027048 | Chart showing Aspex Eyewear - 2009 Frame Claims - Top 50 Models |  |
| 27 | Wright (01/07/11) EX. 20<br>ALT-005925-005972 | Chart showing Aspex 2010 Practice Tax ID Numbers |  |
| 28 | Wright (01/07/11) EX. 21 | Chart showing August 2009 to July |  |

| Exhibit | Source/<br>Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
|  | ALT-024671-024673 | 2010 -Magnetics - Aspex Only |  |
| 29 | Sodano (01/05/11) EX. 1 | Email from Joel Sodano to Thierry Ifergan Regarding Future Projects dated March 22, 2010 |  |
| 30 | Sodano (01/05/11) EX. 4 | U.S. Patent Number 5,737,054 dated April 7, 1998 |  |
| 31 | Sodano (01/05/11) EX. 5 | U.S. Patent Number 5,568,207 dated October 22, 1996 |  |
| 32 | Sodano (01/05/11) EX. 6A and 6B | Pair of Eyeglasses and Sunglasses (physical exhibit) |  |
| 33 | Sodano (01/05/11) EX. 7A and 7B | Pair of Eyeglasses and Sunglasses (physical exhibit) |  |
| 34 | Sodano (01/05/11) EX. 8<br>E545000147-E545000160 | Miki Patent in Japanese with English Translation |  |
| 35 | Sodano (01/05/11) EX. 9<br>ASPEX-ALTAIR 7463-7481 | Stemme Patent in German (Offenlegungsschrift DE 3933310 A1) with English Translation |  |
| 36 | Sodano (01/05/11) EX. 10 | Hand-drawn sketch titled Stemme dated January 5, 2011 |  |
| 37 | Sodano (01/05/11) EX. 11<br>ASPEX-ALTAIR 8079-8094 | Sadanaga Patent in Japanese dated January 6, 2009 |  |
| 38 | Sodano (01/05/11) EX. 12 | Nishioka U.S. Patent Number 5,642,177 dated June 24, 1997 |  |
| 39 | Sodano (01/05/11) EX. 13 | Martin U.S. Patent Number 5,867,244 dated February 2, 1999 |  |
| 40 | ASPEX-ALTAIR 96-101 | Sole to Corporate Assignment of Patents, Applications, and Inventions by Richard Chao |  |
| 41 | ASPEX-ALTAIR 102-114 | Agreement Between Richard Chao and Chic Optik, Inc. dated July 31, 1999 |  |
| 42 | ASPEX-ALTAIR 115-117 | Agreement Between Contour Optik, Inc., and Chic Optic, Inc. dated July 31, 1998 |  |
| 43 | ASPEX-ALTAIR 118-120 | Agreement Between Contour Optik, Inc. and Chic Optic, Inc. dated July 31, 1996 |  |
| 44 | ASPEX-ALTAIR 123-125 | License from David YinKai Chao to |  |

3

| Exhibit | Source/<br>Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
|  |  | Chic Optic dated April 7, 1998 |  |
| 45 | ASPEX-ALTAIR 139-144 | License Agreement between Chip Optic, Inc. and Aspex Eyewear, Inc. dated March 26, 1998 |  |
| 46 | ASPEX-ALTAIR 145-157 | Agreement between Richard Chao and Chic Optic, Inc. dated July 31, 1998 |  |
| 47 | ASPEX-ALTAIR 392-407 | Production Drawings |  |
| 48 | ASPEX-ALTAIR 408 | Invoice dated April 9, 1998 |  |
| 49 | ASPEX-ALTAIR 1670 | Aspex Eyewear Sales Statistics 1997-2002 |  |
| 50 | Renaud (07/20/04) EX. 2 VSP-000001 | Stockholders and Non-Stockholders Chart |  |
| 51 | Renaud (07/20/04) EX. 3 | Vision Service Plan Board of Directors |  |
| 52 | Renaud (07/20/04) EX. 4 | VSP Officers |  |
| 53 | Renaud (07/20/04) EX. 5 VSP-000003 | Certificate of Amendment of Articles of Incorporation dated April 1, 1998 |  |
| 54 | Renaud (07/20/04) EX. 6 VSP-000006 | Articles of Incorporation of Premier Eyewear dated November 24, 1992 |  |
| 55 | Renaud (07/20/04) EX. 7 | Altair Eyewear Membership, Board of Directors and Officers List |  |
| 56 | Renaud (07/20/04) EX. 8 | Altair Holding Company Membership, Board of Directors and Officers List |  |
| 57 | Ifergan (07/28/04) EX. D-47 ALT-000881-882 | Letter to Altair Eyewear, Inc. from Aspex Eyewear, Inc. dated July 6, 2001 |  |
| 58 | Ifergan (07/28/04) EX. D-56 | Agreement from Contour Optik, Inc. to Chic Optic, Inc. Attorneys Eyes Only dated February 21, 1998 |  |
| 59 |  | Reserved |  |
| 60 |  | Reserved |  |
| 61 | David Chao (06/11/04) EX. D-29 | Spectacles: The auxiliary lenses, A; the eye glasses, B; and the tag, C; card, "instructions for piercing the lenses," D (physical exhibit) |  |
| 62 | David Chao (06/11/04) EX. D- | Article, "The Newest Technologies in |  |

4

| Exhibit | Source/ Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
|  | 31 | Non-Rimmed Eyewear" |  |
| 63 | Webster (12/22/04) EX. 6 | Patents in Suit, Handwritten |  |
| 64 | Webster (12/22/04) EX. 8 | Letter dated January 23, 2003 and Attachments |  |
| 65 | Webster (12/22/04) EX. 15 ALT-000809-813 | Diamontite Magnetics |  |
| 66 | Richard Chao (06/09/20) EX. D-11 | EasyClip Eyewear, Model Number Q335 (physical exhibit) |  |
| 67 | Richard Chao (06/09/20) EX. D-12 ASPEX-ALTAIR 96-98 | Sole to Corporate Assignment of Patents, Applications, and Inventions |  |
| 68 | Richard Chao (06/09/20) EX. D-13 ASPEX-ALTAIR 99-101 | Declaration of David Chao and Richard Chao for Patent Application for "Eye-Wear with Magnets" dated July 2, 1999 |  |
| 69 | Richard Chao (06/09/20) EX. D-14 ASPEX-ALTAIR 102-114 | Agreement dated July 31, 1998 between Richard Chao and Chic Optic, Inc. |  |
| 70 | Richard Chao (06/09/20) EX. D-15 ASPEX-ALTAIR 115-117 | Agreement between Contour Optik, Inc. and Chic Optic, Inc. dated July 31, 1998 |  |
| 71 | Richard Chao (06/09/20) EX. D-16 ASPEX-ALTAIR 118-120 | Memorandum of Agreement between Contour Optik, Inc. and Chic Optic, Inc. dated July 31, 2004 |  |
| 72 | Richard Chao (06/09/20) EX. D-17 ASPEX-ALTAIR 123-124 | License re: David Chao Granting Patents to Chic Optic dated April 7, 1998 |  |
| 73 | Richard Chao (06/09/20) EX. D-18 ASPEX-ALTAIR 125-138 | Distribution and License Agreement dated April 7, 1998 |  |
| 74 | Richard Chao (06/09/20) EX. D-19 ASPEX-ALTAIR 139-144 | License Agreement dated March 26, 1998 |  |
| 75 | Richard Chao (06/09/20) EX. D-20 | New Utility Model Patent Description #107096 |  |
| 76 | Richard Chao (06/09/20) EX. D-21 E'LITE 054/811-DH 0243-259 | Zen Patent |  |
| 77 | Wright (06/29/04) EX. P-15 | Group of 15 Documents Entitled |  |

| Exhibit | Source/ Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
| | | Evidence Notebook | |
| 78 | Wright (06/29/04) EX. P-16 | Diamontite Rimless Mounted Eyewear with Magnetic Clip-on (physical exhibit) | |
| 79 | Wright (06/29/04) EX. P-17 | Abboud Magnetic Eyewear Set Model J A-111 L (physical exhibit) | |
| 80 | Wright (06/29/04) EX. P-18 ALT-004434-4440 | Altair Product Price List | |
| 81 | Wright (06/29/04) EX. P-19 ALT-004489 | Joseph Abboud Sales Year to Date 2004 | |
| 82 | Wright (06/29/04) EX. P-20 | Sunlite Glasses Eyewear Set (physical exhibit) | |
| 83 | | Reserved | |
| 84 | Wright (06/30/04) EX. P-22 ALT-001953 | Agreement between Altair and World Optical | |
| 85 | Wright (06/30/04) EX. P-23 ALT-001107 | U.S. Provisional patent Application for Magnetic Clip for Sunglasses | |
| 86 | Wright (06/30/04) EX. P-24 ALT-002029 - 30 | Recordation Form Cover Sheet, Patents Only | |
| 87 | Wright (06/30/04) EX. P-25 | Hand-drawn Document | |
| 88 | Wright (06/30/04) EX. P-26 | Sunlites Model 1207 (physical exhibit) | |
| 89 | Wright (06/30/04) EX. P-30 ALT-001392 - 1411 | Sunlite and Diamontite Sales | |
| 90 | Wright (06/30/04) EX. P-32 | Translation from Chinese to English of New Utility Model Patent Description #107096 | |
| 91 | Wright (06/30/04) EX. P-33 | Translation from German to English of German Patent #8806898 | |
| 92 | Wright (06/30/04) EX. P-34 | Translation from Japanese to English of Japanese Patent: Utility No. 3031881 | |
| 93 | Wright (06/30/04) EX. P-35 | Patents to the Magnetic Attachments for Aspex Patents | |
| 94 | Wright (06/30/04) EX. P-36 ALT-001624 | Letter to Nonu Ifergan dated June 15, 1998 | |
| 95 | Wright (06/30/04) EX. P-37 | Letter to Nonu Ifergan dated | |

| Exhibit | Source/ Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
| | ALT-001625 | December 18, 1998 | |
| 96 | Leck (01/13/05) EX. 8 | Altair Internal Document "Sales by Line for Period: 11/2001" | |
| 97 | Skinner (06/28/04) EX. P-4 ALT-001822 | Sunlites Features | |
| 98 | Skinner (06/28/04) EX. P-5 ALT-001823 | Sunlites Survey | |
| 99 | Skinner (06/28/04) EX. P-6 ALT-000738 - 743 | Informational Packet on Altair Eyewear | |
| 100 | Skinner (06/28/04) EX. P-7 ALT-00767 - 772 | Informational Packet on Sunlites | |
| 101 | Skinner (06/28/04) EX. P-8 ALT-001489 | Diamontite Magnetics Assembly Instructions | |
| 102 | Skinner (06/28/04) EX. P-9 ALT-000747 - 766 | Informational Brochure on the Altair Program | |
| 103 | Skinner (06/28/04) EX. P-10 ALT-000809 - 813 | Information Accompanying Diamontite Frames | |
| 104 | Conforti (08/26/04) EX. P-45 | Order Removing Conforti as Counsel for Defendant Altair dated July 22, 2004 | |
| 105 | Conforti (08/26/04) EX. P-46 | Agreement between Altaireyewear and World Optical dated December 2000 and Miscellaneous Documents | |
| 106 | ASPEX-ALTAIR 8273-8366 | Defendant's Request for *Ex Parte* Reexamination of Plaintiffs' United States Patent No. 5,737,054 | |
| 107 | ASPEX-ALTAIR 7232-7250 | Order Granting Reexamination of Plaintiffs' United States Patent No. 5,737,054 | |
| 108 | ASPEX-ALTAIR 8682-8693 | United States Patent and Trademark Office's Notice of Intent to Issue *Ex Parte* Reexamination Certificate | |
| 109 | ALT-000001-000006 | United States Patent No. 5,416,537 | |
| 110 | ASPEX-ALTAIR 213-217 | August 8, 1997 Office Action Issued by the United States Patent and Trademark Office in reference to Application No. 08/766,327 | |
| 111 | ASPEX-ALTAIR 194-207 | Patent Application No. 08/766,327 | |

| Exhibit | Source/ Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
| 112 | ASPEX-ALTAIR 218-227 | September 24, 1997 Amendment and Response to Office Action Under 37 C.F.R. § 1.111, with reference to Patent Application No. 08/766,327 | |
| 113 | ASPEX-ALTAIR 230-232 | Notice of Allowance of Patent Application No. 08/766,327 | |
| 114 | Exhibit to Plaintiffs' Motion for Summary Judgment of Infringement | *Webster's Online Dictionary* definition of "embed" http://www.merriam-webster.com/ | |
| 115 | Exhibit to Plaintiffs' Motion for Summary Judgment of Infringement | *Webster's Online Dictionary* definition of the adverb "to", http://www.merriam-webster.com/ | |
| 116 | | German Patent Publication DE 3933310 to Stemme | |
| 117 | | Chinese Patent Publication 107096 to Chen | |
| 118 | | German Patent Publication 88 06898 to Zen | |
| 119 | | U.S. Pat. No. 5,642,177 to Nishioka | |
| 120 | ALT-001625- | Letter to Nonu Ifergan from Steve Wright (enclosing eyewear samples in anticipation of possible sales agreement) | |
| 121 | ALT-000667-0672 | Skinner (06/28/04) EX. P-7 Altair promotional materials on Sunlites | |
| 122 | ALT-001392-1411 | Sunlite and Diamontite Sales chart | |
| 123 | | Promotional and sales material on Joseph Abboud | |
| 124 | ALT-000747 - 0766 | Skinner (06/28/04) EX. P-9 Promotional and sales materials | |
| 125 | ALT-001615 - 1623 | Promotional and sales materials on Diamontite Magnetics | |
| 126 | | US Patent 6,012,811 | |
| 127 | | US Patent 6,092,896 | |
| 128 | ALT-002067 | Sunlites style 1202 magnetic eyewear | |

| Exhibit | Source/ Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
| | | samples | |
| 129 | ALT-002062 | Wright (06/29/04) EX. P-20 Sunlite Style 1202 magnetic eyewear samples | |
| 130 | | Wright (06/29/04) EX P-16 Diamontite Style 1354 magnetic eyewear samples | |
| 131 | | Wright (06/29/04) EXP 17 Joseph Abboud Style JA111L magnetic eyewear samples | |
| 132 | | Sunlites Style 1203 magnetic eyewear samples | |
| 133 | ALT 1470-1489 | US Patent 6,139,141 | |
| 134 | | Defendant Altair Eyewear, Inc.'s Responses to Plaintiffs' First Set of Interrogatories, dated June 3, 2003 | |
| 135 | | Defendant's Responses to Plaintiffs' Second Set of Interrogatories, dated May 28, 2004 | |
| 136 | ASPEX-ALTAIR 9264-9358 | Invoices and wire transfers from Contour Optik, Inc. to Chic Optic, Inc. | |
| 137 | ASPEX-ALTAIR 9359-9470 | Invoices from Chic Optic, Inc. to Aspex Eyewear, Inc. | |
| 138 | | Altair Sunlites Model No. 1217L | |
| 139 | | Aspex Tak2mi®, Model No. T9633 | |
| 140 | | Aspex EasyClip®, Model No. O1040 | |
| 141 | | Diamontite Model No. 1354N | |
| 142 | | Joseph Abboud Model No. JA110L | |
| 143 | ASPEX-ALTAIR 8658-8660 | Aspex Eyewear Sales Statistics | |
| 144 | Wright (6/30/2004), EX P-21, pages 41-51 | October 12, 2001 Letter to Jess Collen from Raoul Renaud re "Aspex Eyewear, Inc. – Your Letter Dated September 28, 2001" | |
| 145 | Wright (6/30/2004); EX P-21, pages 66-81 | July 6, 2001 Letter to Altair Eyewear, Inc. from Jean-Pierre Sam re "Patent | |

9

| Exhibit | Source/ Bates Range | Description | Objection (noted in pretrial order) |
|---|---|---|---|
| | | Infringement" | |
| 146 | Wright (6/30/2004); EX P-21, page 82-83 | August 15, 2001 Voicemail message from Steve Wright, Subject: Aspects (sic)/sunlites Patents | |
| 147 | Wright (6/30/2004); EX P-21, page 3 | Sunlites Patent memo to file re "TCW Vita Conforti re her letter as of October 22, 2001" | |
| 148 | ASPEX-ALTAIR 9087-9103 | Settlement Agreement Between Aspex Eyewear, Contour Optik, Inc., and Cheuk Ho Optical International, Ltd. | |
| 149 | ASPEX-ALTAIR 9104-9109 | Settlement Agreement and Order of Permanent Injunction January 12, 2006 (Between Contour Optik, Inc. and E'Lite Optic, Inc.) | |
| 150 | ASPEX-ALTAIR 9110-9121 | Confidential Settlement Agreement dated July 2009 between Aspex Eyewear, Inc., Contour Optik, Inc., Designer's Eyewear Studio, Inc. | |
| 151 | ALT 1528-1551 | Altair Eyewear Catalog 2002 | |
| 152 | ALT 42281-42282 | Altair Sales and COGS Comparison Nov. 2010 YTD vs Nov. 2009 YTD | |
| 153 | ALT 1822 | Internal Training Marketing for Sunlites | |
| 154 | ALT 42352-42402 | September 2003 Optical Frames and Sunglasses License Agreement between JA Apparel Corp and Altair | |
| 155 | ASPEX-ALTAIR 9072-9086 | Jury Verdict Revolution Eyewear, Inc. v. Aspex Eyewear, Inc. No. ED CV 02-1087 MMM | |
| 156 | ALT 42339-42351 | September 2006 Renewal and Amendment No. 1 to JA Apparel and Altair License Agreement | |
| 157 | ALT 42283-42332 | July 2007 Amendment No. 2 to JA Apparel and Altair License Agreement | |

NJ 227,128,238v5