# EXHIBIT B-2

## Defendant's Proposed Exhibit List

Altair anticipates introducing some or all of the following documents into evidence in its case in chief.  Altair reserves the right to designate additional documents produced by any party in furtherance of their ongoing duty to supplement discovery responses pursuant to Fed. R. Civ. P. 26.  In addition, Altair reserves the right to have its experts refer to and testify regarding any information contained in any party's expert reports and any materials identified by any party's expert as having been reviewed in conjunction with the preparation of those reports.   For reference purposes, Altair has included the parties' expert reports and materials cited therein in its designations below.

| Description | Identification | Objection |
|---|---|---|
| United States Patent 5,416,537: Magnetic Means for Securing Auxiliary Lenses to Eyeglasses; (Application No. 215,615) | ALT-000001-06 | 403, 403, not relied upon by expert |
| United States Patent 4,196,981: Eyeglasses Having Magnetically Positioned Flip-UP Lenses; Inventor: Jefferson Waldrop (Application No. 917,684) | ALT-000011-13 | 403, 403, not relied upon by expert |
| Republic of China Patent Disclosure: Magnetized Eyeglass Frames and Frameless Lenses; Inventor: Ch'en Huan-mao, Number: 76209045 | ALT-000014-30 | 403, 403, not relied upon by expert |
| Appendix 2: Table – 1 Characteristics of Iron Rubber Magnets | ALT-000031-44 | 403, 403, not relied upon by expert |
| United States Patent 6,109,747: Eyeglass Frames with Magnets in Flanges; Inventor: David Yinkul (Application No. 08/847,711) | ALT-000045-50 | 403, 403, not relied upon by expert |
| United States Patent 4,070,103: Spectacle Frame with Attachable One-Piece Slide-On Rim; Inventor: Martha C. Meeker (Application No. 651,842) | ALT-000051-8 | 403, 403, not relied upon by expert |

| Description | Identification | Objection |
|---|---|---|
| United States Patent 5,568,207: Auxiliary Lenses for Eyeglasses; Inventor: Richard Chao (Application No. 554,854) | ALT-000059-63 | |
| Republic of France Ministry of Industry and Trade Industrial Property Division: Method of fitting additional lenses onto eyeglass frames; Inventor: Rene Tardy | ALT-000064-8 | 403, 403, not relied upon by expert; handwriting not authenticated, 901 |
| Patent Abstracts of Japan: Attachable and Detachable Sunglasses by Magnet; Inventor: Nishioka Takahiro; Publication No. 07128620 A | ALT-000069-72 | |
| Patent Disclosure of a Design of Practical Utility (Application No. 02-109325); Affidavit describing the different parts of the sunglasses. | ALT-000073-8 | |
| German Patent Zen DE 8806898 (U1) | ALT-000079-96 | |
| German Patent Stemme DE 3920879 (A1) | ALT-000097-108 | |
| German Patent Stemme DE 3919489 (A1) | ALT-000109-16 | |
| German Patent DE8507761 | ALT-000117-24 | |
| United States Patent 5,642,177: Detachable Sunglasses with Magnets; Inventor: Takahiro Nishioka (Application No. 353,452) | ALT-000125-9 | |
| New Application Transmittal: Method for Forming a Spectacle Frame Having a Magnet Member; Inventor: David Chao (Application No. 08/865,379) | ALT-000130-67 | 402 |
| Patent File History for 6,109,747; Inventor: David Chao | ALT-000168-327 | 402 |
| Patent File History for Eye-Wear Magnets; Inventor: David and Richard Chao | ALT-000328-491 | |
| '896 File History | ALT-000492-692 | |
| Diamontite Magnetics advertisement | ALT-000715 | |
| Advertisement for Sunlites Magnetic Eyewear | ALT-000716 | |
| Advertisement for Sunlites Magnetic Eyewear | ALT-000717 | |

| Description | Identification | Objection |
|---|---|---|
| Altair Eyewear brochure<br><br>Ex. 6<br>6/28/04 Skinner Dep.<br>Aspex v. Altair | ALT-000738-43 | |
| Advertisement for Diamontite Magnetics | ALT-000744 | |
| Advertisement for Sunlite Magnetic Eyewear with envelope addressed to Altair Eyewear | ALT-000745-6 | |
| Advertisement for Altair Eyewear with spreadsheet regarding frame prices | ALT-000747-66 | |
| Advertisement for Altair Eyewear: Sunlites Photographs of different pairs of glasses and corresponding prices | ALT-000767-8 | |
| Advertisement for Altair Eyewear: Sunlites | ALT-000769-72 | |
| Altair Eyewear Catalog 2003-2004 | ALT-000773-808 | |
| Advertisement for Diamontite Magnetics and brochure for different kinds of eyeglasses | ALT-000809-13 | |
| Altair Eyewear 2002 Sales Catalog | ALT-000814-37 | |
| Quarterly earnings for Sunlites and Diamontite Magnetics for 2002 and 2003 | ALT-000838 | |
| United States Patent 6,139,141: Auxiliary Eyeglasses with Magnetic Clips; Inventor: Robert Zider | ALT-000872-9 | |
| Corporate document outlining the status of the lawsuits Aspex Eyewear, Inc. has brought together with is licensor against patent infringers | ALT-000880 | 402, 403 |
| 7/6/01 Letter regarding Patent Infringement from Aspex Eyewear Inc. to Altair Eyewear Inc. | ALT-000881-2 | |
| United States Patent 6,012,811: Eyeglass Frames with Magnets at Bridges for Attachment; Inventors: David Chao and Chao Chia Yi | ALT-000883-97 | |
| United States Patent 5,737,054: Auxiliary Lenses for Eyeglasses; Inventor: Richard Chao | ALT-000898-901 | |
| United States Patent 6,053,611: Eyeglass frame coupling system; Inventors: Ku; Kuo-Hseng (Application No. 216,840 | ALT-000918-22 | 901 (handwriting) |

NJ 227,135,323v2<br>NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| 12/14/00 Agreement between Altair Eyewear Inc. and World Optical | ALT-000923-4 | |
| 5/20/99 Declaration for Patent Application and Power of Attorney for Auxiliary Lenses with Magnetic Clips (Application No. 09/315,108) | ALT-000925-7 | 402 |
| 9/30/99 Verified Statement (Declaration) Claiming Small Entity Status (37 CFR 1.9(f) and 1.27 (c)) – Small Business Concern: Auxiliary Lenses with Magnetic Clips; Inventor: Robert Zider | ALT-000928-9 | 402 |
| 5/20/99 Declaration for Patent Application and Power of Attorney for Auxiliary Lenses with Magnetic Clips (Application No. 09/315,108) | ALT-000930-2 | 402 |
| In the United States Patent and Trademark Office: 10/5/99 Transmittal Letter for Missing Parts of Application – Auxiliary Lenses with Magnetic Clips; Inventor: Robert Zider (Application No. 09/315,108) | ALT-000933-4 | 402 |
| In the United States Patent and Trademark Office: 10/5/99 Petition for Extension of Time Auxiliary Lenses with Magnetic Clips (Application No. 09/315,108) | ALT-000935-6 | 402 |
| 10/5/99 Recordation Form Cover Sheet: Patents Only Assignment outlining new and useful improvements for Auxiliary Lenses with Magnetic Clips (Application No. 09/315,108) | ALT-000937-9 | 402 |
| United States Patent and Trademark Office: 10/5/99 Patent Application reformation check sheet, Inventor: Robert Zider (Application No. 09/315,108) | ALT-000940 | 402 |
| United States Patent and Trademark Office: 6/11/99 Notice to File Missing Parts of Application: Filing Date Granted; Inventor: Robert Zider (Application No. 09/315,108) | ALT-000941-2 | 402 |
| U.S. Department of Commerce – Patent and Trademark Office: 10/20/99 Notice of Draftsperson's Patent Drawing Review, Information on How to Effect Drawing Changes (Application No. 09/315,108) | ALT-000943-4 | 402 |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| United States Patent and Trademark Office: 12/29/99 Notice of Recordation of Assignment Document, Documented recognition of patent filings made by Robert Zider (Application No. 09/315,108) | ALT-000945-52 | 402 |
| Notice of References Cited; Applicant: Zider; Examiner: Huy Mai; (Application No. 09/315,108) | ALT-000953 | 402 |
| United States Patent and Trademark Office: 12/18/99 Office Action Summary and Detailed Action for Application No. 09/315,108 | ALT-000954-7 | 402 |
| Drawings/Schematics – Fig. 1-13 | ALT-001071-7 | Incomplete document; 901, 802, 803 |
| Drawings/Schematics – Fig. 1-13 | ALT-001078-80 | Incomplete document; 901, 802, 803 |
| Index of Documents: Patent Matters | ALT-001081 | 403, 403, 901, incomplete |
| 5/20/99 Utility Patent Application for Auxiliary Lenses with Magnetic Clips; Inventor: Robert | ALT-001082-104 | 402, 403 |
| 6/5/98 Provisional Application Filing Receipt: Foreign Filing License Granted, Title, Magnetic Clip for Sunglasses (Application No. 60/086,355) | ALT-001105 | 402, 403 |
| 5/20/99 Provisional Patent Application for Patent Cover Sheet | ALT-001106 | 402 |
| U.S. Provisional Patent Application for Magnetic Clip for Sunglasses; Inventor: Robert Zider | ALT-001107-10 | 402, 403 |
| Letter from Vita Conforti to Peter Bosari dated 7/31/2001 re: request for Invalidity search for US Patents '054 and '811<br>Ex. 41<br>6/30/04 Renaud Dep.<br>Aspex v. Altair | ALT-001114-15 | |
| Sunlite and Diamontite Sales<br><br>Ex. P-30<br>6/30/04 Wright Dep.<br>Aspex v. Altair | ALT-001392-411 | |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Altair Diamontite assembly instructions<br><br>Ex. 8<br>6/28/04 Skinner Dep.<br>Aspex v. Altair | ALT-001489 | 402, 901 |
| 6/15/98 Letter from Steve Wright to Aspex Eyewear Inc. re: return of Memoflex and Easy Clip frames | ALT-001624 | |
| 12/18/98 Letter from Steve Wright to Aspex Eyewear Inc. re: past due balance | ALT-001625 | |
| Altaireyewear Manufacturers Technical Sheet for Sunlites 1204 | ALT-001629 | |
| Altaireyewear Manufacturers Technical Sheet for Diamontite Magnetics Model 1354 | ALT-001636 | |
| Magnetic Manufacturer Information and 4/8/03 email from Tom Grogan to Kiyomi Kanda re: Diamontite Magnetics/New Patented Securing System | ALT-001640-41 | 402, 403, 802, 803 |
| 4/24/03 email from Tom Grogan to Kyomi Kanda re: Diamontite | ALT-001644 | 402, 403, 802, 803 |
| 8/20/03 email from Tom Grogan to Kiyomi Kanda re: Diamontite Shipment | ALT-001646-1647 | 402, 403, 803, 803 |
| 9/30/03 email from Tom Grogan to Kiyomi Kanda re: Magnetic Clip Drawing | ALT-001660 | 402, 403, 802, 803 |
| 4/7/03 email from Tom Grogan to Kiyomi Kanda re: Diamontite Magnetics/New Patented Securing System | ALT-001662-63 | 402, 403, 802, 803 |
| 10/1/03 email from Tom Grogan to Kiyomi Kanda re: Magnetic Clip Drawing | ALT-001668-69 | 402, 403, 802, 803 |
| 8/29/03 email from Kiyomi Kanda to Thomas Grogan re: New Ideas of Clip-on | ALT-001681 | 402, 403, 802, 803 |
| 11/21/02 email from Kiyomi Kanda to Tom Grogan re: magnetic sunclip improvement | ALT-001718-19 | 402, 403, 802, 803 |
| 11/6/02 email from Kiyomi Kanda to Tom Grogan re: Diamontite Magnetics + CR-39 | ALT-001724 | 402, 403, 802, 803 |
| 10/28/02 email from Kiyomi Kanda to Tom Grogan re: Diamontite Magnetics | ALT-001725-6 | 402, 403, 802, 803 |
| 10/1/02 email from Kiyomi Kanda to Tom Grogan re: Diamontite Magnetics | ALT-001731 | 402, 403, 802, 803, 901 |

| Description | Identification | Objection |
|---|---|---|
| Sunlites Survey<br>Ex. 5<br>6/28/04 Skinner Dep.<br>Aspex v. Altair | ALT-001823-24 | 402, 403, 802, 803 |
| US Zizer Patent<br><br>Ex. P-31<br>6/30/04 Wright Dep.<br>Aspex v. Altair | ALT-001923-30 | |
| Agreement between Altair and World dated 12/13/00 | ALT-001953-54 | |
| Recordation Form Cover Sheet, Patents Only<br><br>Ex. P-24<br>6/30/04 Wright Dep.<br>Aspex v. Altair | ALT-002029-31 | |
| Exhibit D: Advertisements from Vision Monday and 20/20 Magazines; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002473-7 | 402, 403; unrelated proceedings |
| Exhibit F: Julie Madison's 1994 Notebook drawings; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002500-19 | 402, 403, 802, 803, 901 |
| Exhibit G: Additional Julie Madison Drawings; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002520-35 | 402, 403, 802, 803, 901 |
| Exhibit L: Declaration of Kaorur Kimura; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002738-41 | 402, 403 |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Exhibit M: Declaration of Lynne Smith; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002742-5 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit S: Expert report of Ronald L. Darata; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002888-914 | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Exhibit T: Declaration of Yasuo Fukuwa; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002915-24 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit U: Iwamoto's May 31, 1995 Japanese Patent Application; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002925-60 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit V: Supplemental Declaration of Yasuo Fukuwa; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002961-71 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit W: Second Supplemental Declaration of Yasuo Fukuwa; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-002972-4 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit X: Exhibits associated with Declarations of Yasuo Fukuwa; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-0029676-3106 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit Y: Papers associated with Interference proceeding No. 104,051; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003107-40 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Exhibit Z: First Office Action associated with Reissue Application; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003141-52 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit AA: Reissue Declaration of D. Chao; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003153-65 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit AB: Interference preliminary statement of R. Chao; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003166-7 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit AC: Unredacted David Chao Exhibits; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003168-73 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit AD: Excerpt of Interference Deposition of David Chao; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003175-7 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37; incomplete document |
| Exhibit AE: Chart comparing Twincome-Pentax invention and '545 reissue patent; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003178-81 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37; 802, 803, 805, 901 |
| Exhibit AF: Singapore judgment; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003182-244 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Exhibit AG: Letter dated August 30, 2002 regarding Vision Monday advertisement; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003245-9 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37; 802, 803, 805 |
| Exhibit AH: Reissue declarations of Richard Chao; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003250-72 | 402, 403, unrelated proceedings; not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Exhibit AI:  Report of Gerald Hibnick dated August 6, 2001; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003273-406 | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Exhibit AJ:  Transcript of January 11, 1999 Deposition of Ira Lerner from Interference Proceeding No. 104,051; Statement of Undisputed Material Facts for Defendant's Summary Judgment Motion, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003407-35 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Plaintiff's Motion and Incorporated Memorandum to Strike Concepts' Memorandum of Law in Support of its Motion for Summary Judgment, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003436-42 | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Plaintiff's Statement of the Material Facts as to which It is Contended that there Exists a Genuine Issue to be Tried Pursuant to Local Rule 7.5 in Support of their Opposition to Concepts' Motion for Summary Judgment, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003443-52 | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Plaintiffs' Response to Concepts' Statement Pursuant to Local Rule 7.5 in Support of their Motion for Summary Judgment of Patent Invalidity and Non-Infringement, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003453-80 | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Defendant's Reply to Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003481-600 | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Memorandum Opinion and Order, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003601-31 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Plaintiffs' Post-Oral Argument, Supplemental Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003632-77 | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Exhibit 1: Amendment and Interview Summary, In re: Reissue of Letters Patent 5,568,207; Part of file for Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003678-704 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Exhibit 2: 4/19/02 Deposition of Julie Madison, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003705-7 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Exhibit 3: Excerpt from Webster's II New College Dictionary | ALT-003708-10 | 402, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Memorandum and Opinion Order, Aspex Eyewear Inc., et al. v. Concepts in Optics, Inc. | ALT-003711-41 | 402, Fed.R.Civ.P. 26, 37, not relied upon by experts; unrelated proceedings |
| Handwritten notes dated 2/20/02 with attached documents | ALT-003765- 76 | 402, 403, 802, 803, 805, 901 |
| Miki patent (English translation) Excerpt of Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | ALT-003777-86 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; incomplete |
| Miki patent | ALT-003787-94 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; incomplete |
| 5,568,207 File History with references | ALT-003809- 4061 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; incomplete |
| 5,568,207 File History with references, cont'd | ALT-004062- 122 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; incomplete, 901, 802, 803 |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| 5,568,207 File History  with references s, cont'd | ALT-004138- 367 | 402, 403, Fed.R.Civ.P. 26, 37, not relied upon by experts; incomplete, 901, 802, 803 |
| German Patent (Stemme) | ALT-004206-4217 | |
| International Publication of Application WO 90/09611 (Stemme) | ALT-004382- 403 | |
| Translation of JP.3031881.U | ALT-004404- 33 | 402, 403, Fed.R.Civ.P. 26, 37; not relied upon by experts; incomplete, 901, 802, 803 |
| Group of Altair Documents faxed from Davis Wright Tremaine<br><br>Ex. P-18<br>6/29/04 Wright Dep.<br>Aspex v. Altair | ALT-004434-4488 | Compilation of unrelated documents, 1006, 901, 802, 803, 402, 403 |
| Joseph Abboud Sales Year to Date 2004<br><br>Ex. P-19<br>6/29/04 Wright Dep.<br>Aspex v. Altair | ALT-004489 | |
| 8/31/01 letter from Kristi Tyler to Douglas C. Ross, Esq. (Davis Wright Tremaine) with attached check and invoice | ALT-004544- 48 | 802, 803, 901 (handwriting) |
| 7/12/01 Invoice from Davis Wright Tremaine to Vision Service Plan | ALT-004551- 52 | 802, 803 |
| Email dated 7/19/01 from Raoul Renaud to Vita Conforti re: cease and desist letter received from Aspex requesting input on how to respond to letter. | ALT-004553 | 802, 803 |
| 4/18/01 Memo re: phone conference with Vita Conforti re: Sunlites patent. | ALT-004571- 72 | 802, 803, 805, 901 |
| Distribution agreement between Thomas Grogan and World Optical<br><br>Ex. 14<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-004594-95 | |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Davis Wright Tremain File memorandum for 41457-18 dated 6/18/01. | ALT-004615 | 402, 403, 802, 803, 901, 805 |
| Handwritten notes dated 5/7/01 re: telephone call with Kristy | ALT-004616 | 402, 403, 802, 803, 901, 805 |
| 5/7/01 Letter from Conforti to Borsari & Assoc. requesting file wrapper for '207, without references. | ALT-004617- 19 | 402, 403, 802, 803 |
| Various handwritten notes from 12/01-12/02. | ALT-004621- 27 | 402, 403, 802, 803, 901 |
| Translation of Miki/ Japanese version of Miki. | ALT-004653- 82 | 402, 403, experts did not rely on this version; Fed.R.Civ.P. 26, 37 |
| Spreadsheet that shows model numbers and sales of those models for the period of 2004 through 2010<br><br>Ex. 9<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-004683 | |
| Spreadsheet that captures 2001 through 2003 revenue amounts for Sunlites and Diamontite Magnetics, and revenue by collection, Sunlites and Diamontite, by model number for years '04 through 2010<br>Ex. 8<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-004684-90 | |
| Spreadsheet that shows purchases by year from 2004 to '10 for Sunlites and Diamontite<br><br>Ex. 10<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-004691-98 | Pg. 4698 – 402, 403, 802, 803 |

| Description | Identification | Objection |
|---|---|---|
| Memo from Sherri Midgley to Steve Wright<br><br>Ex. 18<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-004701-03 | 402, 403, 802, 803 |
| 10/12/10 email from Tom Grogan to Ken Suesse re: Sunlites cost | ALT-004706 | 402, 403, incomplete |
| Memo and attachment from Tom Grogan to Ken Suesse<br><br>Ex. 13<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-004709-11 | 402, 403, 802, 803 |
| Spreadsheet titled "Aspex 2010"<br><br>Ex. 20<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-005925-74 | Pgs 5973-74: 402, 403, 802, 803, 805 |
| 12/10/08 table titled "Sunlites and JA Magnetics (2008 Sls and Rev thru 12/9/08) | ALT-007542 | |
| Spreadsheet titled "Sunlites and JA3pc analysis"<br><br>Ex. 11<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-007634-35 | 901 |
| 10/11/07 email from Mable Charn to Kiyomi Kanda re: Sunlites 1235-1240 Quotation (World) – 10.11.2007 | ALT-007766-68 | 402, 403, 802, 803, 805, redacted |
| Spreadsheet by month from January through November 2008 on Sunlites' unit sales, revenue, cost of goods and inventory cost<br><br>Ex. 12<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-007841 | |
| 9/30/10 Sunlites Sales Report | ALT-008332-8403 | |

NJ 227,135,323v2<br>NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Spreadsheet that captures 2001 through 2003 revenue amounts for Sunlites and Diamontite Magnetics, and revenue by collection, Sunlites and Diamontite, by model number for years '04 through 2010<br><br>Ex. 7<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-008586 | |
| Excerpt of spreadsheet providing information about eye care practice and sales representative | ALT-008602-07 | Incomplete, 901, 402, 403 |
| Presentation titled "Sunlites Magnetic Eyewear" | ALT-009185-206 | Undated, 901, 402, 403 |
| Drawing titled Altair Sunlites Collection: Style 1231 (Factory Reference Number E118) | ALT-010211 | 402, 901 |
| Drawing titled Altair Sunlites Collection: Style 1231 (Factory Reference Number E118) | ALT-010212 | 402, 901 |
| Drawing titled Altair Sunlites Collection: Style 1232 (Factory Reference Number B114) | ALT-010213 | 402, 901 |
| Drawing titled Altair Sunlites Collection: Style 1232 (Factory Reference Number B114) | ALT-010214 | 402, 901 |
| Drawing titled Altair Sunlites Collection: Style 1233 (Factory Reference Number C119) | ALT-010215 | 402, 901 |
| Drawing titled Altair Sunlites Collection: Style 1233 (Factory Reference Number C119) | ALT-010216 | 402, 901 |
| Drawing titled Altair Sunlites Collection: Style 1234 (Factory Reference Number BT111) | ALT-010217 | 402, 901 |
| Drawing titled Altair Sunlites Collection: Style 1234 (Factory Reference Number BT111) | ALT-010218 | 402, 901 |

NJ 227,135,323v2<br>NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Spreadsheet titled "New Sunlites Order and Forecast"<br><br>Ex. 16<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-010300 | |
| Spreadsheet for new product by different account types and model numbers<br><br>Ex. 4<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-023688-99 | |
| 9/27/10 email from Steve Wright to Al Berg re: ASPEX year over year 202009.xls | ALT-023899 | 402, 403, 802, 803, 805 |
| 9/9/10 email from Steve Wright to Sherri Midgley re: Aspex | ALT-023902 | 402, 403, 802, 803, 805 |
| 9/27/10 email from Steve Wright to Sherri Midgley re: ASPEX year over year 201009.xls | ALT-023903 | 402, 403, 802, 803, 805 |
| 9/17/10 email from Steve Wright to Sherri Midgley re: Aspex | ALT-023904 | 402, 403, 802, 803, 805 |
| Excerpt from a 1,675 page spreadsheet titled "Aug09-July10 – Manetics – Aspex only"<br><br>Ex. 21<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-024671- 73 | Incomplete, 402, 403 |
| Spreadsheet that shows Aspex Eyewear, dated 2009, frame claims top 50 models<br><br>Ex. 19<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-027041- 48 | Incomplete, 402, 403 |

NJ 227,135,323v2<br>NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Summary of income statement for Altair's business for current month and year-to-date<br><br>Ex. 6<br>1/7/11 Wright Dep.<br>Aspex v. Altair | ALT-042250-402 | |
| Cover of Frames 2/04 Price Book with excerpt containing prices | ALT-042495-6 | |
| Cover of Frames Data 10/09 Price Book with excerpt containing prices | ALT-042497-9 | |
| Native Excel files AEO reviewed by Hampton | ALT-042525 | Objection – Bates labeled versions should be used for trial |
| Native Excel files confidential  reviewed by Hampton | ALT-042526 | Objection – Bates labeled versions should be used for trial |
| Stemme Catalogue | ALT-042527- 33 | 402, 403, 802, 803, 901, disclosed after the close of discovery and inadmissible pursuant to Fed.R.Civ.P. 26, 37 |
| Assignment of Patent No. 5,737,054; Ex. 12<br>6/9/04 R. Chao Dep.Aspex v. Altair | ASPEX-ALTAIR 96-98 | |
| Declaration for Patent Application No. 08/983,299; Ex. 13; 6/9/04 R. Chao Dep. Aspex v. Altair | ASPEX-ALTAIR 99-101 | |
| "Agreement" between Richard Chao and Chic Optic, Inc. 7/31/98; Ex. 14; 6/9/04 R. Chao Dep.; Aspex v. Altair | ASPEX-ALTAIR 102-114 | |
| "Agreement" between Contour Optik, Inc. and Chic Optic, Inc.; Ex. 15; 6/9/04 R. Chao Dep.; Aspex v. Altair | ASPEX-ALTAIR 115-117 | |
| 7/31/04 Memorandum of Agreement between Contour Optik, Inc. and Chic Optic, Inc.; Ex. 16; 6/9/04 R. Chao Dep.; Aspex v. Altair | ASPEX-ALTAIR 118-120 | |
| "License" to Chic Optic; Ex. 17; 6/9/04 R. Chao Dep.<br>Aspex v. Altair | ASPEX-ALTAIR 123-124 | |
| 4/7/98 "Distribution and License Agreement" between Contour Optik, Inc. | ASPEX-ALTAIR 125-138 | |

| Description | Identification | Objection |
|---|---|---|
| and Chic Optic, Inc.; Ex. 18<br>6/9/04 R. Chao Dep. Aspex v. Altair | | |
| 3/26/98 "License Agreement" between Chic Optic, Inc. and Aspex Eyewear, Inc.; Ex. 19; 6/9/04 R. Chao Dep.<br>Aspex v. Altair | ASPEX-ALTAIR 139-144 | |
| 896 patent; Part of Ex. 15; 6/29/04 Wright Dep.; Aspex v. Altair | ASPEX-ALTAIR 177-191 | |
| Rebuttal Expert Report of Harry F. Manbeck, Jr.<br><br>Ex. 1<br>11/21/02 Manbeck Dep.<br>Aspex Eyewear, et al. v. E'lite Optik, Inc. | ASPEX-ALTAIR 282-9 | |
| Supplemental Expert Report of Harry F. Manbeck, Jr.<br><br>Ex. 2<br>11/21/02 Manbeck Dep.<br>Aspex Eyewear, et al. v. E'lite Optik, Inc. | ASPEX-ALTAIR 315-26 | |
| Expert Report of Harry F. Manbeck, Jr.<br><br>Ex. 4<br>11/21/02 Manbeck Dep.<br>Aspex Eyewear, et al. v. E'lite Optik, Inc. | ASPEX-ALTAIR 329-48 | |
| Letter from Eyeglass World to Aspex indicating they would remove all allegedly infringing inventory; Ex. 4<br>9/12/2002 Ifergan Dep.; Aspex Eyewear, Inc. et al v. Eyeglass World, Inc. | ASPEX-ALTAIR 554 | 402, 403, 802, 803 |
| Aspex Sales Stats for '054-'811 dated 8/31/02; Ex. 2<br>4/29/2002 Ifergan Dep.; Aspex Eyewear, Inc. v. E'lite Optik, Inc. | ASPEX-ALTAIR 1670 | |
| Aspex Supp Obj. and Responses to E'lite First set of Roggs; Ex. 3; 3/25/2003 Ifergan Dep.; Aspex Eyewear, Inc. v. Concepts in Optics, Inc. | ASPEX-ALTAIR 2765-2774 | 402, 403; unrelated action |
| Aspex Third Supp. Reponses and Obj. to E'lite Roggs; Ex. 1; 3/25/2003 Ifergan Dep; Aspex Eyewear, Inc. v. Concepts in Optics, Inc. | ASPEX-ALTAIR 2775- 2778 | 402, 403; unrelated action |
| Letter from Baker Botts on behalf of Aspex, Contour, Chic, Cheuk Ho | ASPEX-ALTAIR 3271-3275 | 402, 403; unrelated action, not relied upon by experts, |

NJ 227,135,323v2<br>NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| requesting a stay while certain proceedings in USPTO are pending; Ex. 1; 8/9/2002 Ifergan Dep.; Aspex , et al. v. Cheuk Ho Optical International, Ltd. | | Fed.R.Civ.P. 26, 37, 802, 803 |
| Order staying proceedings; Ex. 2; 8/9/2002 Ifergan Dep. Aspex , et al. v. Cheuk Ho Optical International, Ltd. | ASPEX-ALTAIR 3276-3277 | 402, 403; unrelated action, not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| US Patent No. 6,149,269 re: Madison; Ex. 30 06/11/04 D. Chao Dep. Aspex v. Altair | ASPEX-ALTAIR 4399-4422 | 402, 403; unrelated action, not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Madison '269 Patent; Ex. 2; 1/16/02 Madison Dep. Aspex, et al v. Concepts in Optics & Wal-Mart | ASPEX-ALTAIR 4576-4600 | 402, 403; unrelated action, not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Declaration and Power of Attorney for Julie Madison; Ex. 5; 1/16/02 Madison Dep.; Aspex, et al v. Concepts in Optics & Wal-Mart | ASPEX-ALTAIR 4646-4648 | 402, 403; unrelated action, not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Assignment from Julie Madison to Ira Lerner dba Manhattan Design Studio; Ex. 6; 1/16/02 Madison Dep. Aspex, et al v. Concepts in Optics & Wal-Mart | ASPEX-ALTAIR 4649-4651 | 402, 403; unrelated action, not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Information Disclosure Statement re:; 08/845,125/Spectacles Uniblock | ASPEX-ALTAIR 4660-4663 | 402, 403; unrelated action, not relied upon by experts |
| Declaration of Julie Madison re: 08/845,125/Spectacles Uniblock; Ex. 13; 1/17/02 Madison Dep.; Aspex, et al v. Concepts in Optics & Wal-Mart | ASPEX-ALTAIR 4672-4676 | 402, 403; unrelated action, not relied upon by experts |
| Handwritten drawings and notes; Ex. 3; 11/6/00 Madison Dep.; Aspex v. Elite | ASPEX-ALTAIR 4700-4720 | 402, 403; unrelated action, not relied upon by experts, Fed.R.Civ.P. 26, 37, 802, 803, 901 |
| Declaration of Kaoru Kimura re: 08/845,125/Spectacles Uniblock; Ex. 15; 1/17/02 Madison Dep.; Aspex, et al v. Concepts in Optics & Wal-Mart | ASPEX-ALTAIR 4721-4724 | 402, 403; unrelated action, not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Declaration of Takahiro Nishioka re:; 08/845,125/Spectacles Uniblock | ASPEX-ALTAIR 4725-4727 | 402, 403; unrelated action, not relied upon by experts, Fed.R.Civ.P. 26, 37 |
| Docs responsive to Roggs 7 and 12 (chain of title) and 13 (Sales summary for '054- | ASPEX-ALTAIR 5416-5460 | Compilation of unrelated documents |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| '811); Ex. 6; 3/25/2003 Ifergan Dep.; Aspex Eyewear, Inc. v. Concepts in Optics, Inc. | | |
| Aspex Obj. and Responses to Elite's Third Set of Doc Demands; Ex. 7; 3/25/2003 Ifergan Dep.; Aspex Eyewear, Inc. v. Concepts in Optics, Inc. | ASPEX-ALTAIR 5461-5484 | 402, 403; unrelated action |
| Aspex Obj. and Responses to Elite's Fourth Set of Doc Demands; Ex. 8; 3/25/2003 Ifergan Dep.; Aspex Eyewear, Inc. v. Concepts in Optics, Inc. | ASPEX-ALTAIR 5485-5489 | 402, 403; unrelated action |
| Aspex Obj. and Responses to Elite's Fifth Set of Doc Demands; Ex. 9; 3/25/2003 Ifergan Dep; Aspex Eyewear, Inc. v. Concepts in Optics, Inc. | ASPEX-ALTAIR 5490-5504 | 402, 403; unrelated action |
| Stipulated Order of Dismissal Ex. 3; 3/24/03 D. Chao Dep.; Aspex v. Elite | ASPEX-ALTAIR 5543-5546 | |
| Multi-page document Ex. 4; Documents responses to interrogatories number 7, 12, and 13 in Aspex v. Elite; 3/24/03 D. Chao Dep. Aspex v. Elite | ASPEX-ALTAIR 5547-5591 | Pg. 5547: 402 |
| German Patent (Stemme); Ex. 9; 1/5/11 Sodano Dep.; Aspex v. Altair | ASPEX-ALTAIR 7463 – 7481 | |
| Chinese Patent Chen107096 | ASPEX-ALTAIR 7482 - 7534 | |
| Response to March 29, 2010 Office Action; In re Reexamination of US Patent No. 5,737,054; Ex. 12 1/19/11 Pena Dep.; Aspex v. Altair | ASPEX-ALTAIR 7595 – 7637 (offered by Altair in the event the court overrules Altair's objections to issues relating to the Reexamination) | |
| Japanese Patent Examined Utility Model Application Publication No. 5-40493 (Sadanaga; ) Ex. 11; 1/5/11 Sodano Dep.; Aspex v. Altair | ASPEX-ALTAIR 8079 – 8094 | |
| German Patent Zen 8806898 | ASPEX-ALTAIR 8452-8486 | |
| Table titled "Aspex Eyewear, Inc. Sales Statistics, Products with Magnetic clip-on as of 9/30/09" | ASPEX-ALTAIR 8508-9 | |
| 4/7/98 Distribution and License Agreement | ASPEX-ALTAIR | |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| between Contour Optik, Inc. and Chic Optic, Inc. | 8510-22 | |
| 5/2/00 Ownership Agreement (To Own Contour Patents) | ASPEX-ALTAIR 8523-39 | |
| 11/02 Agreement between Aspex Eyewear, Inc. and PENTAX Corporation, formerly known as Asahi Optical Co., Ltd. | ASPEX-ALTAIR 8540-64 | |
| 11/8/02 Patent and License and Distribution Agreement between Contour Optik and Chic Optic Inc. | ASPEX-ALTAIR 8565-78 | |
| 1/1/03 License Agreement between Chic Optic, Inc. and Aspex Eyewear Inc. | ASPEX-ALTAIR 8579-83 | |
| 6/3/05 Patent License and Distribution Agreement between Contour Optik, Inc. and Chic Optic, Inc. | ASPEX-ALTAIR 8584-97 | |
| 8/30/02 Letter from Nonu Ifergan to Contour Optik, Inc re: Distribution and License Agreement (USA) dated April 7th 1998 | ASPEX-ALTAIR 8598 | |
| 8/30/02 Letter from Nonu Ifergan to Contour Optik, Inc re: Memorandum Agreement (Canada) dated January 1st, 1997 | ASPEX-ALTAIR 8599 | |
| 8/30/02 Letter from Nonu Ifergan to Contour Optik, Inc re: Distribution and License Agreement (combined technologies) dated January 1st, 1997 | ASPEX-ALTAIR 8600 | |
| 8/30/02 Letter from Nonu Ifergan to Contour Optik, Inc re: Distribution and License Agreement (US '747) dated January 1st, 1997 | ASPEX-ALTAIR 8601 | |
| Customer Report | ASPEX-ALTAIR 8604 | |
| Invoice Number 96719 – product list | ASPEX-ALTAIR 8605-6 | |
| Invoice Number 96945 – product list | ASPEX-ALTAIR 8607 | |
| 1/1/03 License Agreement between Chic Optic, Inc and Aspex Eyewear, Inc. | ASPEX-ALTAIR 8608-12 | |
| 6/8/10 Amendment to Patent License and Distribution Agreement | ASPEX-ALTAIR 8613 | |
| 6/6/10 Assignment of U.S. Patent No. RE 37,545 F1 Patent Rights | ASPEX-ALTAIR 8614 | |

- 21 -

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| 6/3/05 Patent License and Distribution Agreement between Contour Optik, Inc. and Chic Optic Inc. | ASPEX-ALTAIR 8615-28 | |
| 11/08 Patent License and Distribution Agreement between Contour Optik, Inc. and Chic Optic Inc. | ASPEX-ALTAIR 8629-43 | |
| 11/8/02 Patent License and Distribution Agreement between Contour Optik, Inc. to Chic Optic Inc. | ASPEX-ALTAIR 8644-57 | |
| Document cited in Hampton's report | ASPEX-ALTAIR 8658-60 | |
| 7/08 Patent License Agreement between Contour Optik Inc. and Rodenstock GmbH | ASPEX-ALTAIR 8661-66 | |
| 11/08 Patent License and Distribution Agreement between Contour Optik, Inc. and Chic Optic Inc. (with highlights) | ASPEX-ALTAIR 8667-81 | |
| November 2002 Agreement between Aspex and Pentax | ASPEX-ALTAIR 8726-8750 | |
| Consent Agreement between Contour, Aspex, and Pentax | ASPEX-ALTAIR 8751-8764 | |
| Chic Consent Agreement | ASPEX-ALTAIR 8765-8767 | |
| MDS Consent Agreement | ASPEX-ALTAIR 8768-8772 | |
| Super Cart Consent Agreement | ASPEX-ALTAIR 8773-8776 | |
| Contour Consent Agreement | ASPEX-ALTAIR 8777-8791 | |
| Invoices from Chic Optic Inc. to Contour Optik Inc. dated 1/6/98 – 12/7/00 | ASPEX-ALTAIR 9135-9155 | |
| Invoices from Contour to Aspex dated 1/16/01 – 2/10/11 | ASPEX-ALTAIR 9156-9263 | |
| Financial documents from Bank of Overseas Chinese Mega International Commercial Bank | ASPEX-ALTAIR 9264-9358 | |
| 20/20 Lenses & Tech April 2003 publication; 20/20 web page dated 4/25/2003 | MOI-004769-77 | 402, 403 |
| Summary Judgment Order dated August 6, 2003; Aspex v. Elite | ELITE00213-222 | 402, 403, unrelated proceeding |
| Elite Reply in Support of Its Motion for Summary Judgment | ELITE00223-236 | 402, 403, unrelated proceeding |
| Aspex Memo in Opposition to Elite Motion | ELITE00237-295 | 402, 403, unrelated proceeding |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| for Summary Judgment | | |
| Aspex Statement of Material Facts in Opposition to Elite Motion for Summary Judgment | ELITE00296-300 | 402, 403, unrelated proceeding |
| Elite Motion for Summary Judgment and Memo in Support | ELITE00301-319 | 402, 403, unrelated proceeding |
| Cheuk Ho letter brief requesting pre-motion conference in Aspex v. Cheuk Ho | ELITE00320-323 | 402, 403, unrelated proceeding |
| Aspex Complaint in Aspex v. Cheuk Ho | ELITE00324-330 | 402, 403, unrelated proceeding |
| Aspex Amended Complaint in Aspex v. Cheuk Ho | ELITE00331-338 | 402, 403, unrelated proceeding |
| Aspex Responses and Objections to Elite Second Set of Document Requests | ELITE00349-357 | 402, 403, unrelated proceeding |
| Agreement dated 7/31/98 between Contour and Chic | ELITE00462-465 | |
| Memorandum of Agreement dated 7/31/98 between Contour and Chic | ELITE00466-469 | |
| Joint to Corporate Assignment of Application No. 08/963,299 dated July 1999 | ELITE00486-489 | |
| Order denying Aspex Rule 59(e) and 60(b) Motion dated 9/26/03 | ELITE00496-497 | 402, 403, unrelated proceeding; 802, 803 |
| Aspex Reply Memo in Support of Its Motion for Reconsideration | ELITE00498-512 | 402, 403, unrelated proceeding; 802, 803 |
| Elite Opposition to Aspex Motion for Reconsideration | ELITE00513-570 | 402, 403, unrelated proceeding; 802, 803 |
| Aspex Memo in Support of Rule 59(3) and 60(b) Motion | ELITE00571-588 | 402, 403, unrelated proceeding; 802, 803 |
| Declaration of Thierry Ifergan in Support of Aspex Motion for Reconsideration | ELITE00589-592 | 402, 403, unrelated proceeding |
| Aspex Sales Statistics for products made according to '054 and '811 | ELITE00600-601 | |
| Declaration of Nonu Ifergan in Support of Aspex Motion for Reconsideration | ELITE00602-606 | 402, 403, unrelated proceeding |
| Aspex v. Northern Eyes, Inc. - Subpoena, Notice of subpoena, objections, Privilege log; Claim 1-'054 Patent; Office Action; Claim 1 rejected over Sadler; Preliminary Amendment containing handwritten notes | Ex. 4 to 12/3/02 Baxley Dep. Aspex v. E'lite<br><br>ELITE-1361-1410 | 402, 403 |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Privilege log (dated 11/7/02-3/20/97)<br><br>ELITE-1411-12 | Ex. 5 to 12/3/02Baxley Dep. Aspex v. Elite<br><br>ELITE-1411-12 | 402, 403, 901 |
| Letter from Chen at Miko Patent and Trademark Co. to Baxley re:  Richard Chao new U.S. Patent Application dated Nov. 1996. | Ex. 6 to12/3/02 Baxley Dep. Aspex v. Elite<br><br>ELITE-1413 | 402, 403, subject to attorney-client privilege and listed on privilege log, which is Exhibit 5 to Baxley deposition |
| Response to Chen from Baxley re: Richard Chao US Patent Application dated Dec. 1996 | Ex. 7 to 12/3/02Baxley Dep. Aspex v. Elite<br><br>ELITE-1414 | 402, 403, subject to attorney-client privilege and listed on privilege log, which is Exhibit 5 to Baxley deposition |
| Letter from Chen to Baxley stating that '054 patent may have been involved in a lawsuit dated Oct. 25, 2002; requesting date sent; date received and date mailed/filed. | Ex. 8 to 12/3/02 Baxley Dep. Aspex v. Elite<br><br>ELITE-1415 | 402, 403, subject to attorney-client privilege and listed on privilege log, which is Exhibit 5 to Baxley deposition |
| Letter from Baxley to Chao responding to letter above stating PTO received application on 12/13/96. | Ex. 9 to 12/3/02 Baxley Dep. Aspex v. Elite<br><br>ELITE-1416 | 402, 403, subject to attorney-client privilege and listed on privilege log, which is Exhibit 5 to Baxley deposition |
| Letter dated 7/31/98 to Chic Optic, Inc. from Richard Chao | Ex. 8 to 3/20/02 D. Chao Dep. Aspex v. Elite<br><br>ELITE-2194-2195 | |
| Letter dated 7/31/98 to Chic Optic, Inc. from David Chao | Ex. 9 to 3/20/02 D. Chao Dep. Aspex v. Elite<br><br>ELITE-2196-2197 | |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Invoices, dated 2000-2001 from Contour to Chic and from Wonderful Optical to Chic | Ex. 14 to 3/20/02 D. Chao Dep. Aspex v. Elite<br><br>ELITE-2238-2364 | |
| Temple mounted magnetic eyewear | Ex. 24 to 06/10/04 D. Chao Dep. Aspex v. Altair | 402 |
| 07/30/98 email from Tong to deponent | Ex. 25 to 6/10/04 D. Chao Dep. Aspex v. Altair<br><br>ELITE-1257 | 402, 403; exhibit is correspondence subject to the attorney-client privilege, which has not been waived |
| 07/01/03 letter enclosing translation of Japanese patent: Utility 3031881 (MIKI) | Ex. 26 to 6/10/04 D. Chao Dep. Aspex v. Altair | |
| Stemme Patene DE 3933310 A1 | Ex. 28 to 6/10/04 D. Chao Dep. Aspex v. Altair | |
| Article, "The Newest Technologies in Non-Rimmed Eyewear" | Ex. 31 to 06/11/04 D. Chao Dep. Aspex v. Altair | 402, 403, 802, 803, 901 |
| US Patent, re: Delamour 6,409,337 B1 | Ex. 32 to 06/11/04 D. Chao Dep. Aspex v. Altair | 402 |
| US Patent, re: Strube 6,331,057 B1 | Ex. 33 to 06/11/04 D. Chao Dep. Aspex v. Altair | 402 |
| Opinion of Singapore Court re: Patents 47151 and 60169 | Ex. 36 to 06/11/04 D. Chao Dep. Aspex v. Altair | 402, 403, 802, 803, decision is not binding and not regarding patent in suit |
| Plaintiffs' Response and Affirmative Defenses to Defendant's Answer and Counterclaims | Ex. 37 to 06/11/04 D. Chao Dep. Aspex v. Altair | |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Plaintiffs' Objections and Answers to Defendant's First Set of Interrogatories | Ex. 38 to 06/11/04 D. Chao Dep. Aspex v. Altair | |
| Spectacle hand-drawings APX747 00802; APX74700804-06; 808-22; JM0001-14; Madison Dep Ex 3 (2000); Madison Ex. 14 (2002) | Ex. 39 to 06/11/04 D. Chao Dep. Aspex v. Altair | 402, 403, 803, 803, 901 |
| 7/2008 Patent License Agreement between Contour Optik Inc. and Rodenstock GmbH | Ex. 10 to 1/11/11 D. Chao Dep. Aspex v. Altair | |
| Reissue Application Declaration APX207INTERFERENCE02757-APX207INTERFERENCE02768; APX-207-02563-APX-207-02573 | Ex. 2064 to 2/24/99 Hearing: Interference No. 104,051 R. Chao v. Iwamoto | 402, 403 |
| Information Disclosure Statement APX207INTERFERENCE02769-APX207INTERFERENCE02776; APX-207-02574-APX-207-02580 | Ex. 2065 to 2/24/99 Hearing: Interference No. 104,051 R. Chao v. Iwamoto | 402 |
| Reissue Application Declaration of Richard Chao and Power of Attorney CHAO000176-000377; | Ex. 19 to 6/3/99 R. Chao Dep. Aspex v. Elite CONCEPT000367-000377 | 402, 403 |
| Appendix 1 APX-207-03003-03020; APX207INTERFERENCE 03250-67 | Ex. 1 to 10/8/98 Declaration of R. Chao | 402, 403 |
| Appendix 2 APX-207-03021-03023; APX207INTERFERENCE 03268-03270 | Ex. 2 10/8/98 Declaration of R. Chao | 402, 403 |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| US Patent No. 5,737,054 | Ex. 3 to 6/9/04<br>R. Chao Dep.<br>Aspex v. Altair | |
| '054 File History | Ex. 4 to 6/9/04<br>R. Chao Dep.<br>Aspex v. Altair<br><br>ALT-000605-686 | Incomplete file history |
| Sketch hand-drawn by deponent | Ex. 9 to 6/9/04<br>R. Chao Dep.<br>Aspex v. Altair | 403, 403, 901 |
| Chao '207 Patent | Ex. 10 to 06/9/04<br>R. Chao Dep.<br>Aspex v. Altair | |
| New Utility Model Patent Description #107096 | Ex. 20 to 6/9/04<br>R. Chao Dep.<br>Aspex v. Altair | 402, 403, expert did not rely upon reference |
| Zen Patent<br><br>ELITE 054/811-DH 0243-0259 | Ex. 21 to 6/9/04<br>R. Chao Dep.<br>Aspex v. Altair | 402, 403, expert did not rely upon translation |
| Agreement between Altair Eyewear and World Optical dated 12/2000; Freedom to Operate Opinion from Vitaliana Conforti; '207 patent; letters; handwritten notes and misc documents | Ex. P-46 to 8/26/04<br>Conforti Dep.<br>Aspex v. Altair | 402, 403, not related to patent in suit, 802, 803; compilation of documents |
| Letter to Vitaliana Conforti from Eric Trucksess re US Patents 5,737,054 and 6,012,811 dated August 21, 2001 | Ex. 47 to 8/26/04<br>Conforti Dep.<br>Aspex v. Altair | 402, 403, not related to patent in suit, 802, 803 |
| Letter from Brian Bodine enclosing copies of Conforti's notes and documents used in preparing opinion in Aspex v. Altair | Ex. P-48 to 8/26/04<br>Conforti Dep.<br>Aspex v. Altair | 402, 403 |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Table showing Quantity of Products Ordered and Dollar Amount of Products; Spreadsheet providing Order ID, Order #, Order Date, Supplier, Manufacturer, Collection, Product, Quantity, and Exact Amount (6/20/02-7/18/04)<br><br>Note: these docs were originally designated as ALT-004595-ALT005106 but changed to EYE docs | Ex. 9 to 7/21/04 Delle Donne Dep. Aspex v. Altair<br><br>EYE000098-000562 | 901, 1006 |
| Aspex Second Supp Obj. and Responses to E'lite First Set of Interrogatories | Ex. 2 to 3/25/03 Ifergan Dep. Aspex Eyewear, Inc. v. Concepts in Optics, Inc.<br><br>ELITE1628-ELITE1645 | 402, 403, unrelated action |
| Thierry Ifergan Verification re: Third Supp. Responses and Obj. to Elite Interrogatories | Ex. 4 to 3/25/03 Ifergan Dep. Aspex Eyewear, Inc. v. Concepts in Optics, Inc.<br><br>ELITE1669 | 402, not related to any listed exhibit |
| Aspex Obj. and Responses to Elite's Second Set of Interrogatories | Ex. 5 to 3/25/03 Ifergan Dep. Aspex Eyewear, Inc. v. Concepts in Optics, Inc.<br><br>ELITE5401-5415 | 402, 403 |
| License Agreement between Chic and Aspex | Ex. 1 to 8/19/03 Ifergan Dep. Aspex Eyewear, Inc. v. E'lite Optik, Inc.<br><br>ELITE 0608-0613 | |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Supplemental Expert Report of Harry F. Manbeck, Jr. dated June 24, 2004 | Ex. 45 to 7/28/04 Ifergan Dep. Aspex v. Altair | 402, 403, 802, 803 |
| Aspex Objections and Answers to Altair's First Set of Interrogatories dated July 21, 2004 | Ex. 49 to 7/28/04 Ifergan Dep. Aspex v. Altair | |
| Altair's Answer, Affirmative Defenses, and Counterclaims dated September 17, 2002 | Ex. 52 to 7/28/04 Ifergan Dep. Aspex v. Altair | |
| Handwritten drawings and notes<br><br>APX747-00792 | Ex. 4 to 1/4/01 Madison Dep. Aspex v. Elite | 402, 403, 901, 802, 803, unrelated technology |
| Handwritten drawings and notes<br><br>APX747-00779 | Ex. 5 to 1/4/01 Madison Dep. Aspex v. Elite | 402, 403, 901, 802, 803, unrelated technology |
| German Patent Zen 8806898 | Ex. 8 to 11/21/02 Manbeck Dep. Aspex v. Elite | |
| Chinese Patent Chen 107096 | Ex. 11 to 11/21/02 Manbeck Dep. Aspex v. Elite<br><br>ELITE0037-0068 | 402, 403 – exhibit is a translated version of the Chen reference upon which no expert in this case relies; translation is not complete and missing figures<br>901 – translation not authenticated |
| Expert Report of Brian Napper | Ex. 15 to 3/16/11 Napper Dep. Aspex Eyewear, Inc., et al v. Zenni Optical LLC | 802, 803 |
| Memo from Barclay Westerfeld, Esq. to Stuart Thompson, Esq. re: Aspex Patents | Ex. 39 to 6/30/04 Renaud Dep. Aspex v. Altair | 402, 403, 802, 803, 805, 901, 1006 |
| Expert Report of Joel Sodano Regarding the Non-Infringement and Invalidity of Claim 1 of U.S. Pat. No. 5,737,054 | Ex. 2 to 1/5/11 Sodano Dep. Aspex v. Altair | 802, 803 to the extend Mr. Sodano is testifying live |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Rebuttal Expert Report of Joel Sodano Regarding the Non-Infringement and Invalidity of Claim 1 of U.S. Pat. No. 5,737,054 | Ex. 3 to 1/5/11 Sodano Dep. Aspex v. Altair | 802, 803 to the extend Mr. Sodano is testifying live |
| Chao '054 Patent | Ex. 4 to 1/5/11 Sodano Dep. Aspex v. Altair | |
| Chao '207 Patent | Ex. 5 to 1/5/11 Sodano Dep. Aspex v. Altair | |
| Miki prototype | Ex. 6A to 1/5/11 Sodano Dep. Aspex v. Altair | 402, 403, 901; experts do not rely upon prototype |
| Miki prototype | Ex. 6B to 1/5/11 Sodano Dep. Aspex v. Altair | 402, 403, 901; experts do not rely upon prototype |
| Miki prototype | Ex. 7A to 1/5/11 Sodano Dep. Aspex v. Altair | 402, 403, 901; experts do not rely upon prototype |
| Miki prototype | Ex. 7B to 1/5/11 Sodano Dep. Aspex v. Altair | 402, 403, 901; experts do not rely upon prototype |
| Drawing labeled Stemme dated 1/5/2011 | Ex. 10 to 1/5/11 Sodano Dep. Aspex v. Altair | |
| Nishioka '177 Patent | Ex. 12 to 1/5/11 Sodano Dep. Aspex v. Altair | |
| Martin '244 Patent | Ex. 13 to 1/5/11 Sodano Dep. Aspex v. Altair | |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| File History U.S. Patent No. 5,737,054 | Ex. 5 to 12/4/02 Tong Dep.<br>Aspex v. Elite<br><br>ELITE-0912 – 1346 | 402, 403 – incomplete file history for the '054 Patent |
| All Languages Ltd. translation of Miki Patent | Ex. 9 to 12/4/02 Tong Dep.<br>Aspex v. Elite | 402, 403 – exhibit is a translated version of the Miki reference upon which no expert in this case relies<br>901 – translation not authenticated |
| Inlingua translation of Miki Patent | Ex. 10 to 12/4/02 Tong Dep.<br>Aspex v. Elite<br><br>ELITE-0098 – 0106 | 402, 403 – exhibit is a translated version of the Miki reference upon which no expert in this case relies; translation is not complete and missing figures<br>901 – translation not authenticated |
| Webster Expert Report | Ex. 2 to 12/22/2004 Webster Dep.<br>Aspex v. Altair | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37 |
| Webster Declaration in support of D's MSJ of Invalidity | Ex. 3 to 12/22/2004 Webster Dep.<br>Aspex v. Altair | 402, 403, Fed.R.Civ.P. 26, 37 |
| Letter from Patro Information encl. English translation of 3031881 - Miki | Ex. 8 to 12/22/2004 Webster Dep.<br>Aspex v. Altair | 402, 403, Fed.R.Civ.P. 26, 37 |
| Japanese Miki 3031881 | Ex. 9 to 12/22/2004 Webster Dep.<br>Aspex v. Altair | |
| Inlingua Translation Miki | Ex. 10 to 12/22/2004 Webster Dep.<br>Aspex v. Altair | 402, 403 – exhibit is a translated version of the Miki reference upon which no expert in this case relies; translation is not complete and missing figures |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Japanese Miki 3031881 | Ex. 11 to 12/22/2004 Webster Dep. Aspex v. Altair | |
| Declaration of Toshiko Takenaka, Ph.D. | Ex. 12 to 12/22/2004 Webster Dep. Aspex v. Altair | 402, 403, improper expert testimony, Fed.RCiv.P. 26, 37 |
| Declaration of Jun Kajinami | Ex. 13 to 12/22/2004 Webster Dep. Aspex v. Altair | 402, 403 |
| Webster Rebuttal Report | Ex. 16 to 12/22/2004 Webster Dep. Aspex v. Altair | 402, 403, 802, 803, Fed.R.Civ.P. 26, 37 |
| Group of 15 Documents titled Evidence Notebook - see below for detailed description | Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | Objection to compilation of unrelated documents – 402, 403 |
| Rule 30(b)(6) deposition notice of Altair | Excerpt of Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | 402, 403 |
| Protective Order | Excerpt of Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | 402, 403 |
| Noninfringement claim charts | Excerpt of Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | 402, 403 (as to the '896 and '811 Patents), 802, 803, 901 |
| Invalidity claim charts (all three patents) | Excerpt of Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | 402, 403 (as to the '896 and '811 Patents), 802, 803, 901 |
| Zen patent E'LITE 054/811 DH 0243 - DH 0529; 005613-005625 | Excerpt of Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | |

| Description | Identification | Objection |
|---|---|---|
| Evidence of "frameless" (exhibits to Chao deposition, including Madison patent; "Newest Technologies" article; etc. | Excerpt of Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | 402, 403, 901 |
| Responses to Plaintiffs' first set of interrogatories | Excerpt of Ex. 15 to 6/29/04 Wright Dep. Aspex v. Altair | |
| Diamontite Rimless Mounted Eyewear with Magnetic Clip-on Retained by counsel (Mr. Matthew Wagner) | Ex. P-16 to 6/29/04 Wright Dep. Aspex v. Altair | |
| Abboud Magnetic Eyewear Set Model J A-111 L Retained by counsel (Mr. Matthew Wagner) | Ex. P-17 to 6/29/04 Wright Dep. Aspex v. Altair | |
| Sunlite Glasses Eyewear Set Retained by counsel (Mr. Matthew Wagner) | Ex. P-20 to 6/29/04 Wright Dep. Aspex v. Altair | |
| Group of documents from Altair Eyewear Sunlite Glasses | Ex. P-21 to 6/29/04 Wright Dep. Aspex v. Altair | Objection – compilation of unrelated documents and Plaintiffs can generally object 402, 403, 802, 803 |
| Hand Drawn Document | Ex. P-25 to 6/30/04 Wright Dep. Aspex v. Altair | |
| Sunlites Model 1207 | Ex. P-26 to 6/30/04 Wright Dep. Aspex v. Altair | |
| Patent to the Magnetic Attachments for Aspex patents | Ex. P-32 to 6/30/04 Wright Dep. Aspex v. Altair | |
| Patent to the Magnetic Attachments for Aspex patents | Ex. P-33 to 6/30/04 Wright Dep. Aspex v. Altair | |
| Patent to the Magnetic Attachments for Aspex patents | Ex. P-34 to 6/30/04 Wright Dep. Aspex v. Altair | |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| Patent to the Magnetic Attachments for Aspex patents | Ex. P-35 to 6/30/04 Wright Dep. Aspex v. Altair | |
| Financial materials reviewed by Mr. Wright | Ex. 5 to 1/7/11 Wright Dep. Aspex v. Altair | |
| Opening Report by Lee Zaro | Ex. 1 to 1/12/11 Zaro Dep. Aspex v. Altair | 802, 803 |
| Rebuttal Expert Report of Lee Zaro Regarding Infringement and Validity (w/ Exhibits A-L) | Ex. 2 to 1/12/11 Zaro Dep. Aspex v. Altair | 802, 803 |
| Samples of Altair Products at Issue | | Products are not identified, and Plaintiffs are therefore unable to object, if appropriate |
| Samples of Aspex Products at Issue | | Products are not identified, and Plaintiffs are therefore unable to object, if appropriate |
| 03/07/2011 Expert Report of Scott D. Hampton and materials cited therein | | Report is inadmissible under Fed.R.Evid. 802, 803 "Materials cited therein" are not identified, and Plaintiffs are unable to object, if appropriate |
| 02/04/2011 Expert Report of Brian W. Napper and materials cited therein | | Report is inadmissible under Fed.R.Evid. 802, 803 "Materials cited therein" are not identified, and Plaintiffs are unable to object, if appropriate |
| 12/18/2010 Rebuttal Expert Report of Joel Sodano and materials cited therein | | "Materials cited therein" are not identified, and Plaintiffs are unable to object, if appropriate |
| 12/15/2010 Rebuttal Report of Lee Zaro and materials cited therein | | Report is inadmissible under Fed.R.Evid. 802, 803 "Materials cited therein" are not identified, and Plaintiffs are unable to object, if appropriate |

NJ 227,135,323v2
NJ 227,135,323v2

| Description | Identification | Objection |
|---|---|---|
| 10/22/2010 Expert Report of Joel Sodano and materials cited therein | | "Materials cited therein" are not identified, and Plaintiffs are unable to object, if appropriate |
| 10/22/2010 Expert Report of Lee Zaro and materials cited therein | | Report is inadmissible under Fed.R.Evid. 802, 803 "Materials cited therein" are not identified, and Plaintiffs are unable to object, if appropriate |
| US Patent No. 6,343,858 (Zelman) | cited in Scott Hampton report | |

NJ 227,135,323v2
NJ 227,135,323v2